___ FILED          ___ ENTERED
___ LODGED         ___ RECEIVED

MAR 05 2009      RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

09-CV-00285-CMP

*Summons Issued Sept 24577*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| EXPERIENCE HENDRIX, L.L.C., a Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company, <br><br> Plaintiffs, <br><br> v <br><br> HENDRIXLICENSING.COM, LTD, dba HENDRIX ARTWORK and HENDRIXARTWORK.COM, a Nevada Corporation, and ANDREW PITSICALIS, an individual, <br><br> Defendants.. | NO. **C09-0285** TSZ <br><br> COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN/UNFAIR COMPETITION, VIOLATION OF THE CONSUMER PROTECTION ACT, CONTRIBUTORY INFRINGEMENT, UNJUST ENRICHMENT, CONSTRUCTIVE TRUST, AND PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF <br><br> **JURY TRIAL DEMANDED** |

Experience Hendrix, L.L.C. and Authentic Hendrix, LLC (hereinafter "Plaintiffs"), for their Complaint against HendrixLicensing.com, LTD, dba Hendrix Artwork and Hendrixartwork.com, and Andrew Pitsicalis (hereinafter, "Defendants"), state as follows:

COMPLAINT - 1

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

## SUMMARY OF CLAIMS

**THE HENDRIX FAMILY'S COMMITMENT TO PRESERVING JIMI HENDRIX'S MUSICAL AND CULTURAL LEGACY AND ITS VALID SENIOR TRADEMARKS PROTECTING THAT LEGACY**

1.      Jimi Hendrix was a famous musician, guitar player and celebrity. Jimi died in 1970. Al Hendrix was Jimi's father and sole heir. Al Hendrix transferred his rights in Jimi's estate to Experience Hendrix, L.L.C. and Authentic Hendrix, LLC, companies that Al and his close family members have owned and continuously operated since 1995. Al died in 2002. Al and his close family members and their companies have been singularly committed to preserving Jimi Hendrix's musical, cultural and artistic legacy. The Jimi Hendrix family companies have owned, managed, licensed and marketed Jimi's music, recordings, artistic properties and related merchandise throughout the world. As a result of Jimi's unique talents, and the Hendrix family companies' continued stewardship and promotion, Jimi Hendrix and his works, name and image are well-known, and enjoy continuing celebrity status.

2.      Since 1996 or earlier, the Hendrix family companies have used federally registered and common law trademarks, service marks, trade names and logos to sell Jimi Hendrix related promotional merchandise and services to the general consuming public through catalog sales and Internet websites, retail stores, and licensee sales. The Hendrix family companies' family of marks includes the federally registered trademarks: "JIMI HENDRIX", "THE JIMI HENDRIX

COMPLAINT - 2

EXPERIENCE", "HENDRIX", "EXPERIENCE HENDRIX", "AUTHENTIC HENDRIX", and the following design marks:







HENDRIX FAMILY DESIGN MARKS

3.      Through substantial and continuous sales and promotion of goods and services under the Hendrix family companies' marks for over a decade, the Hendrix family companies have been the recognized source of Jimi Hendrix-related goods and services.   The Hendrix family companies' marks are well-known by consumers throughout the United States and elsewhere.

4.      Additionally, by their sponsorship and promotion of charitable and educational events, and private touring music, art and multimedia events emphasizing the cultural and artistic legacy of Jimi Hendrix, the Hendrix family

COMPLAINT - 3

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

companies have intentionally associated their marks with Jimi Hendrix's innovative spirit, and musical and artistic talent.

## PITSICALIS' ATTEMPTS TO EXPLOIT PLAINTIFFS' MARKS FOR FINANCIAL GAIN

5.      At the start of the millennium, Andrew Pitsicalis had a vision that the Internet would create for him a world wide marketplace to develop great financial opportunities.  In 2001, he offered internet consultation, marketing, and website design services under the name Acropolis Ventures, Inc., a Nevada entity.   In 2006, Pitsicalis worked with Craig Dieffenbach and his company, Electric Hendrix, LLC (and Electric Hendrix Vodka, LLC) to expand Dieffenbach's Electric Hendrix Vodka enterprise to include the sale and licensing of Jimi Hendrix merchandise to a world-wide marketplace over the Internet.  Pitsicalis then became the Licensing Manager for Dieffenbach's new Nevada company, Electric Hendrix Licensing, LLC. Dieffenbach and Electric Hendrix Licensing used the name Jimi Hendrix, the Jimi Hendrix signature and images of Jimi Hendrix to advertise the sale of Jimi Hendrix merchandise over the Internet.

 

**ELECTRIC HENDRIX DESIGN MARKS**

COMPLAINT - 4

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

6.     In March, 2007, Plaintiffs filed a lawsuit alleging that Dieffenbach's (and his companies') uses of the Jimi Hendrix "headshots" with the "afro" hair and a scripted signature infringed on their registered trademarks (hereinafter, the "Dieffenbach litigation").[1]  Plaintiffs requested that the Court enjoin Dieffenbach and his companies from infringing and misappropriating their Jimi Hendrix-related trademarks.  Mr. Pitsicalis was well aware of the claims against Electric Hendrix Licensing in that lawsuit.

7.     While Mr. Dieffenbach claimed to have discontinued his sale and licensing of Jimi Hendrix merchandise in or around August 2008, Mr. Pitsicalis was just getting started.  On or about February 25, 2008, Pitsicalis created HendrixLicensing.com, LTD, dba HendrixArtwork.com, a Nevada Corporation, and began to license and sell Jimi Hendrix merchandise.  The merchandise sold and licensed by HendrixLicensing.com contains the marks "JIMI HENDRIX," "HENDRIX", "HENDRIX ARTWORK", "HENDRIXARTWORK.COM", the Jimi Hendrix signature mark shown below (identical to the signature mark used by Dieffenbach's companies), and a combined mark using "HENDRIXARTWORK.COM" (with "HENDRIX" being prominent), a signature "JIMI", and a stylized headshot logo depicting the head of Jimi Hendrix and an electric guitar.

---

[1] EXPERIENCE HENDRIX, L.L.C., et. al. v. ELECTRIC HENDRIX, LLC, et. al., U.S. District Court for Western District of Washington (Seattle) NO. C 07-0338 TSZ.

COMPLAINT - 5



PITSICALIS DESIGN MARKS

8.     The trademark infringement claims asserted by Plaintiffs against Dieffenbach and the Electric Hendrix Companies resulted in a summary judgment order against Mr. Dieffenbach and his companies, a judgment against Mr. Dieffenbach and his companies for $3,200,000, and permanent injunctions against further use of the Electric Hendrix marks or use of the Hendrix companies' marks. Defendant Pitsicalis was aware of the Dieffenbach litigation, as he was deposed in that case as an agent of the defendants.  Mr. Pitsicalis further was made aware of the injunction, and the final judgment, by letters to his counsel dated October 30, 2008, and February 4, 2009.  His counsel confirmed Mr. Pitsicalis' knowledge of the outcome of the Dieffenbach litigation.

9.     Despite receipt of this notice, Pitsicalis currently uses the exact same stylized signature logo of Jimi Hendrix that Dieffenbach and his companies used to promote their products that were held to infringe the Hendrix family companies' rights, and continues to use a logo similar to the logo at issue in the Dieffenbach litigation.

COMPLAINT - 6

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

10.   Mr. Pitsicalis' and his company's unlawful actions are intentional and designed to capitalize on the goodwill and source recognition associated with the Hendrix family companies' marks and rights.  By this lawsuit, the Hendrix family companies seek to stop Mr. Pitsicalis and his company from infringing and misappropriating their marks and goodwill, to require them to disgorge all profits they have unlawfully made, and to obtain redress for the damage done to the Hendrix family companies.

## THE PARTIES

11.   Plaintiffs Experience Hendrix, L.L.C. (hereinafter "Experience") and Authentic Hendrix, LLC (hereinafter "Authentic") are limited liability companies licensed to do business in Washington, with their principal place of business at 14501 Interurban Avenue South, Seattle, Washington, 98168.  Experience owns the federal trademark registrations alleged herein.  Authentic is a wholly-owned subsidiary of Experience.

12.   Plaintiffs are managed and operated by family members of the late rock guitarist and musician, James Marshall ("Jimi") Hendrix, who died in 1970. Plaintiffs were established in 1995 by the late James A. ("Al") Hendrix, the father and sole heir of Jimi Hendrix.  The Jimi Hendrix estate included, without limitation, sound recordings, musical compositions, audio-visual works, copyrights, trademarks, writings, photographs, and other properties and rights of Jimi Hendrix.

COMPLAINT - 7

13.     By written agreements, Al Hendrix assigned his rights personally and as sole heir to the estate of Jimi Hendrix to Plaintiffs in 1995.  Thereafter, Plaintiff Experience has been the owner and administrator of Jimi Hendrix's musical compositions and related copyrights.  Experience also owns original sound and audiovisual recordings and master tapes for Jimi Hendrix's major albums, live concerts and other works.  Experience produces audio and audiovisual products derived from these recordings and license these products and related rights throughout the world, and Jimi Hendrix's works are commercially available and sold to the general public.  Experience operates the website www.jimihendrix.com.  Authentic licenses, sells and oversees Jimi Hendrix merchandise of numerous types, and operates the website www.authentichendrix.com and a catalog and telephone mail-order business related to Jimi Hendrix merchandise, which is promoted throughout the United States.

14.     Together, Plaintiffs own, sell, market, promote, administer and license the music, recordings, and artistic properties of the late Jimi Hendrix, and promotional merchandise and services related to Jimi Hendrix, using federally registered and common law trademarks, service marks, trade names and logos.  Plaintiffs' goods and services are marketed and promoted to the general consuming public through catalog sales and Internet websites, retail stores, and licensee sales, and through entertainment industry venues, events and publications.

COMPLAINT - 8

15.     Defendant HendrixLicensing.com, LTD dba Hendrix Artwork and Hendrixartwork.com is a Nevada limited liability company, formed on or about February 25, 2008, and is controlled by Defendant Pitsicalis. HendrixLicensing.com, LTD licenses and sells posters and markets and licenses others to manufacture, sell and market other goods and services in interstate commerce under the marks "JIMI HENDRIX, "HENDRIX" and "HENDRIX ARTWORK", and other marks, logos, names and titles that are confusingly similar to Plaintiffs' marks, logos, and titles.   Defendant HendrixLicensing.com, LTD, through its Internet web site at www.hendrixartwork.com, offers to sell and sells JIMI HENDRIX branded merchandise, including posters.

16.     On information and belief, defendant Andrew Pitsicalis ("Pitsicalis") is an individual residing in Nevada.   On information and belief, Pitsicalis is the President, Secretary, Treasurer and Director, as well as the principal owner of Defendant HendrixLicensing.com, LTD.   Upon information and belief, Pitsicalis controls HendrixLicensing.com, LTD.

## JURISDICTION AND VENUE

17.     This is a suit for trademark infringement, and arises under the trademark laws of the United States, namely Title 15 of the United States Code and more particularly 15 U.S.C. § 1114 and 15 U.S.C. §§ 1116-18, inclusive. This Court has jurisdiction under the provisions of 15 U.S.C. § 1121 and 28 U.S.C. §§

COMPLAINT - 9

1338(a) and 1338 (b).   Venue is proper in this District under 28 U.S.C. §§ 1391(b) and 1391(c).

18.    Defendants license their infringing marks to numerous licensees, for distribution of products throughout the United States, including the State of Washington.   Defendants' marks are used on products sold in brick and mortar stores in the State of Washington, including the store "Spencer's Gifts." Defendants' have licensed their marks to promote and sell posters and products through national distribution channels such as posters.com, getdownart.com, postercheckout.com, barewalls.com, printfinders.com, posternet.com, art.com, allposters.com, shopforart.com, celebritypro.com, artselect.com, target.com, spencersonline.com and scorpio.com and the active websites located at those domains.

19.    On information and belief, Defendants directed their licenses and products into the stream of commerce, with knowledge that those products would be sold in the State of Washington.   Plaintiffs recently discovered and purchased at least four different products containing Defendants' infringing marks at retail stores within the State of Washington.   Plaintiffs have purchased at least 13 of Defendants' posters from active websites advertising Defendants' posters for sale to residents in the State of Washington.   Defendant HendrixLicensing.com LTD hosts a website at www.hendrixartwork.com that contains an offer to sell infringing

COMPLAINT - 10

products, and links to active sites that sell product marked with Defendants' infringing marks into the State of Washington.

## PLAINTIFFS' RIGHTS

20.     Jimi Hendrix was a famous musician, guitar player and celebrity.  As a result of Jimi's unique talents, and Plaintiffs' continued stewardship and promotion of the Jimi Hendrix rights and properties, Jimi Hendrix and his works are well-known, and he has continuing celebrity status.

21.     Plaintiff Experience is the owner of all right, title and interest in and to the well-known trademarks "JIMI HENDRIX", which Plaintiffs have used in connection with the sale and advertising of goods and services since at least as early as 1995.  Plaintiff Experience also owns all right, title and interest in other well-known trademarks including "HENDRIX," "EXPERIENCE HENDRIX," "AUTHENTIC HENDRIX," and design marks consisting of the signature of Jimi Hendrix, and an image (head or bust) of Jimi Hendrix.  Plaintiff Authentic, as a related company and licensee and authorized licensor of the Experience trademark rights, is impacted by infringing activities involving Experience's trademarks.

22.     Experience owns word, design, and composite marks, which are registered on the Principal Register of the United States Patent and Trademark Office (hereinafter, "USPTO"), and are incontestable pursuant to 15 U.S.C. §1065, including for purposes of the allegations herein:  U.S. Registration Nos. 2,322,761 ("JIMI HENDRIX" for clothing in Class 25); 2,245,408

COMPLAINT - 11

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

("AUTHENTIC HENDRIX" for mail order, telephone and online ordering services, in Class 35); 2,245,409 ("EXPERIENCE HENDRIX" for printed materials, namely magazines and posters, in Class 16); 2,250,912 ("EXPERIENCE HENDRIX AND DESIGN" for musical sound recordings, in Class 9); and 2,383,500 ("JIMI HENDRIX" for entertainment services, in Class 41).

23.   Experience owns word, design, and composite marks, which are registered on the Principal Register with the USPTO, including for purposes of the allegations herein: U.S. Registration Nos. 2,987,556 ("EXPERIENCE HENDRIX" for entertainment services, in Class 41); 2,989,576 ("JIMI HENDRIX" for watches, clocks and jewelry, in Class 14); 2,997,676 ("JIMI HENDRIX" for online services (website) and music publishing, in Class 41); 2,902,769 ("JIMI HENDRIX" for printed matter (posters, books, etc.), in Class 16); 3,001,464 ("JIMI HENDRIX AND DESIGN" (signature logo), for online services (website) and music publishing, in Class 41); 3,001,465 ("JIMI HENDRIX AND DESIGN" (signature logo), for printed matter (posters, books, etc.) and related goods, in Class 16); 2,998,059 ("JIMI HENDRIX.COM" for online (website) services, in Class 41); 2,998,058 ("JIMI HENDRIX.COM AND DESIGN" (signature logo) for online (website) services, in Class 41); and 3,072,909 ("MISCELLANEOUS DESIGN" (headshot logo) for online retail store services, mail order catalog, telephone order and online ordering services, in Class 35); 3,297,740 ("AUTHENTIC HENDRIX AND DESIGN" (headshot logo) for incense, in Class

COMPLAINT - 12

3); 3,312,070 ("AUTHENTIC HENDRIX AND DESIGN" (headshot logo) for candles, in Class 4); 3,312,071 ("AUTHENTIC HENDRIX AND DESIGN" (headshot logo) for air fresheners, in Class 5); 3,297,742 ("AUTHENTIC HENDRIX AND DESIGN" (headshot logo) for metal license plates, metal decorative boxes, in Class 6); 3,312,206 ("AUTHENTIC HENDRIX AND DESIGN" (headshot logo) for decorative switch plate covers, decorative magnets, in Class 9); 3,407,122 ("AUTHENTIC HENDRIX AND DESIGN" (headshot logo) for license plate frames, in Class 12); 3,334,862 ("AUTHENTIC HENDRIX AND DESIGN" (headshot logo) for printed matter (posters, photographs, etc.) and related goods, in Class 16); 3,490,531 ("AUTHENTIC HENDRIX AND DESIGN" (headshot logo) for stationery, in Class 16); 3,302,367 ("AUTHENTIC HENDRIX AND DESIGN" (headshot logo) for ceramic tiles, in Class 19); 3,399,951 ("AUTHENTIC HENDRIX AND DESIGN" (headshot logo) for non-metal and non-leather key chains; plaques, in Class 20); 3,317,629 ("AUTHENTIC HENDRIX AND DESIGN" (headshot logo) for incense burners, in Class 21); 3,297,741 ("AUTHENTIC HENDRIX AND DESIGN" (headshot logo) for afghans, in Class 24); 3,302,117 ("AUTHENTIC HENDRIX AND DESIGN" (headshot logo) for clothing, in Class 25); 3,316,547 ("EXPERIENCE HENDRIX JIMI HENDRIX AND DESIGN" (combined headshot and signature logo) for printed music books, in Class 16); 3,302,110 ("HENDRIX" for compact discs, phonograph records, DVDs, in Class 9); 3,409,133 ("HENDRIX" for

COMPLAINT - 13

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

stickers, in Class 16); 3,302,093 ("HENDRIX" for non-metal and non-leather key chains, in Class 20); 3,302,118 ("HENDRIX" for clothing, in Class 25); 3,409,132 ("HENDRIX" for ornamental novelty buttons, in Class 26); 3,306,891 ("JIMI HENDRIX AND DESIGN" (signature logo) for metal decorative boxes, in Class 6); 3,290,861 ("JIMI HENDRIX AND DESIGN" (signature logo) for non-metal and non-leather key chains, in Class 20); 3,306,892 ("JIMI HENDRIX AND DESIGN" (signature logo) for clothing, in Class 25); 3,328,587 "JIMI HENDRIX AND DESIGN" (combined headshot and signature logo) for posters, in Class 16); 3,328,579 "JIMI HENDRIX AND DESIGN" (combined headshot and signature logo) for t-shirts, in Class 25); 3,306,890 "JIMI HENDRIX.COM AND DESIGN" (signature logo) for sports bottles, in Class 21); 3,328,324 ("JIMI HENDRIX ELECTRIC GUITAR COMPETITION" for ornamental pins, in Class 14); 3,374,813 ("JIMI HENDRIX ELECTRIC GUITAR COMPETITION" for posters, in Class 16); 3,322,319 ("JIMI HENDRIX ELECTRIC GUITAR FESTIVAL" for posters, in Class 16); 3,290,862 ("JIMI HENDRIX EXPERIENCE I AM EXPERIENCED AND DESIGN" for online retail store services; mail order, telephone and online ordering services, in Class 35); 3,467,285 ("THE JIMI HENDRIX LIQUID EXPERIENCE" for energy drinks, in Class 32); 3,467,284 ("THE JIMI HENDRIX LIQUID EXPERIENCE AND DESIGN" (signature logo) for energy drinks, in Class 32); 3,256,776 ("THE JIMI HENDRIX EXPERIENCE" for clothing (t-shirts, hats, and caps) in Class 25). Collectively the US registered

COMPLAINT - 14

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

trademarks referenced in paragraphs 22 and 23 herein shall be referred to as the "Registrations," and the marks shown therein shall be referred to collectively as the "Registered Marks".   The Certificates of Registration for the Registered Marks are attached hereto as Exhibit 1 and incorporated herein by reference.

24.    The Registrations are valid and continuing.

25.    It is well-known that Jimi Hendrix played the electric guitar.

26.    Plaintiff Experience owns all right, title and interest to the titles of well-known songs, albums, recordings and other works of Jimi Hendrix, including, but not limited to:  "AXIS: BOLD AS LOVE", "PURPLE HAZE", "CASTLES MADE OF SAND", "FIRE", "FOXY LADY", "STONE FREE", "HIGHWAY CHILE" and "THE WIND CRIES MARY."  These titles have been included on music products such as albums sold to the general public since the 1960's, and some of these titles (and variations of them) have been used in commerce in connection with the sale and advertising of Plaintiffs' products and services.  All of the titles have achieved secondary meaning through substantial usage and sales and consumer recognition.

27.    Plaintiffs have referred to and marketed themselves in interstate commerce as "A Jimi Hendrix Family Company," since at least as early as 1996.  A copy of Plaintiff Experience's letterhead, showing the corporate logo, and the prominent slogan "A Jimi Hendrix Family Company" is attached as Exhibit 2.

COMPLAINT - 15

28.    Plaintiffs use, license, advertise and promote the Registered Marks in connection with a broad range of goods and services.  The Registered Marks relate to goods and services in International Trademark Classes 3, 4, 5, 6, 9, 14, 15, 16, 19, 20, 21, 24, 25, 26, 32, 35 and 41.

29.    Plaintiffs and their authorized licensees have made continuous, substantial and vigorous use and promotion of the Registered Marks.  Through substantial sales and promotion of goods and services under the Registered Marks, Plaintiffs are the recognized source of Jimi Hendrix-related goods and services, and the Registered Marks are valuable and recognized symbols of Plaintiffs' goodwill. Plaintiffs' Registered Marks are well-known by consumers throughout the United States.

30.    Plaintiffs have spent a considerable amount of time, effort and money associating their Registered Marks with the Plaintiffs' authorized, and "Jimi Hendrix Family"- endorsed music, products, and services.    Plaintiffs have successfully marketed "Hendrix"-related music, clothing, services and products under the Hendrix Marks and the related family business names, "Experience Hendrix" and "Authentic Hendrix".

31.    Through their sponsorship and promotion of charitable and educational events, and private touring music, art and multimedia events regarding the musical legacy of Jimi Hendrix, and through their emphasis on the cultural and artistic legacy of Jimi Hendrix, Plaintiffs have intentionally and for a long time

COMPLAINT - 16

associated the Registered Marks with Jimi Hendrix's innovative spirit, and musical and artistic talent.

## DEFENDANTS' ACTIONS

32.    On or about February 28, 2008, Defendant Andrew Pitsicalis formed Defendant HendrixLicensing.com, LTD, dba Hendrix Artwork and HendrixArtwork.com, for the purpose of selling, licensing and marketing products under the marks "HENDRIX", "JIMI HENDRIX," "HENDRIX ARTWORK" or similar name, with or without a Jimi Hendrix "headshot" logo and signature. Collectively, the marks used by Defendants for the products shall be called the "Hendrix Artwork Marks".  Copies of the Hendrix Artwork Marks are illustrated herein at paragraph 7.  On information and belief, HendrixLicensing.com, LTD operates by and through its director or member, Defendant Pitsicalis.

33.    Defendants and their licensees or authorized distributors offer for sale merchandise, such as posters, glassware, dart boards, motion lamps, and lamps, and advertise services in promotional materials and on the website, www.hendrixartwork.com, using the Hendrix Artwork Marks, and make statements of being endorsed by the family of Jimi Hendrix..  A sample of the Hendrix Artwork Marks, on products licensed or offered for sale by Defendants or their licensees and in advertising, is attached at Exhibit 3.

COMPLAINT - 17

34.    Defendants have announced a plan to release and promote a book, titled "Hendrix – The Book" using the offending Hendrix Artwork Marks.   A picture of the book cover to be released is attached as Exhibit 4.

35.    Defendant Pitsicalis is not a member of the Hendrix family, nor is he a member, owner, agent or employee of Plaintiffs.   None of the officers, directors, or members of Plaintiffs is an owner or participant in Defendant Pitsicalis' company.   On information and belief, no Jimi Hendrix family member is an owner or member of Defendant Pitsicalis' company.

36.    Defendants intend to use and license the Hendrix Artwork Marks for products and services sold and marketed in interstate commerce contrary to the rights of Plaintiffs.

37.    On information and belief, Defendants' and Defendants' licensed or authorized marketing and promotional materials, labels, tags, containers, and statements are coordinated by Defendant Pitsicalis, and constitute a joint and concerted effort to confuse the public, and to unjustly profit from the goodwill associated with Plaintiffs' Hendrix Marks and businesses.

38.    Defendant Pitsicalis and HendrixArtwork.com have created and distributed marketing and promotional materials, and labeled their products and licensed products in such a way that likely has caused confusion, and is likely to continue to cause confusion, in the marketplace as to the source, sponsorship,

COMPLAINT - 18

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

affiliation and connection of Defendants' products and services with those of Plaintiffs, and to harm Plaintiffs. Defendants' acts include, but are not limited to:

a.   Defendants' use of "HENDRIX ARTWORK", "HENDRIX" and "JIMI HENDRIX" creates a likelihood of confusion with Plaintiffs' Hendrix Marks, including, but not limited to, "JIMI HENDRIX", "HENDRIX", "EXPERIENCE HENDRIX", "AUTHENTIC HENDRIX", and "THE JIMI HENDRIX EXPERIENCE", including marks that are registered with the USPTO.

b.   Defendants' use of a graphical design of Jimi Hendrix's bust or "headshot," as part of or separate from the words Hendrix and Hendrix ArtWork, creates a likelihood of confusion with Plaintiffs' registered logo of a graphically designed "headshot" logo of Jimi Hendrix. Plaintiffs have used the Jimi Hendrix headshot logo illustrated in Exhibit 5 since at least as early as 1997.

c.   Defendants' use of the above mentioned headshot logo, overwritten by the stylized signature "Jimi," and combined with the words "HENDRIX ARTWORK" (with "HENDRIX" most prominently displayed), which is illustrated at paragraph 7, herein, creates a likelihood of confusion with Plaintiffs' Hendrix Marks, including Plaintiffs' registered stylized graphical mark of Jimi Hendrix's signature, Plaintiffs' "headshot" logo, and

COMPLAINT - 19

the combination of the Hendrix Marks used by Plaintiffs. See paragraph 2, herein.

d.     Defendants' use of the entire signature of Jimi Hendrix (in a close or near identical approximation of Plaintiffs' signature logo) on its products and in its advertising materials is likely to confuse consumers. Examples of Defendants' use of the Jimi Hendrix signature logo are illustrated in Exhibit 3, attached hereto and incorporated herein by this reference.

e.     Defendants' statements that Hendrix Artwork is supported and endorsed by the Hendrix Family is confusingly similar to Plaintiffs' mark and tag line "A Jimi Hendrix Family Company" or references to "Authorized Hendrix Family" works, and will cause confusion as to the source of Defendants' products and services by suggesting that Defendants are Plaintiffs, or are owned, sponsored, or endorsed by Plaintiffs.

f.     Defendants' use of Jimi Hendrix's song and album titles, such as "AXIS: BOLD AS LOVE", "PURPLE HAZE", "CASTLES MADE OF SAND", "FIRE", "FOXY LADY", "STONE FREE", "HIGHWAY CHILE" and "THE WIND CRIES MARY" that are owned by Plaintiff Experience, in connection with the sale and promotion of Defendants' posters and other products, is likely to confuse the public as to the sponsorship, origin and endorsement of Defendants' products. Defendants' use of the names

COMPLAINT - 20

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

"PURPLE HAZE" and "THE WIND CRIES MARY" in connection with the promotion of posters is illustrated in Exhibit 3; and

g. Defendants' uses of explicit and implicit references to Jimi Hendrix and his musical legacy (owned by Plaintiffs) and celebrity status (maintained by Plaintiffs), and the use of prominent photographs of Jimi Hendrix, confusingly create a false association between Plaintiffs and Defendants' products, to the benefit of Defendants, and the detriment of Plaintiffs and the Hendrix Marks.

## FIRST CLAIM
### (Federal Trademark Infringement, 15 U.S.C. § 1114)

39. Plaintiffs reallege and incorporate paragraphs 1 through 38 as though fully set forth herein.

40. Plaintiffs have adopted and used in interstate commerce the Registered Marks for a broad range of goods and services, including: clothing and accessories, musical recordings (*e.g.*, CDs) and videos (*e.g.*, DVDs), printed matter (*e.g.*, books, postcards, and posters), and online (website) and entertainment services. Such Registered Marks are well-known, and they have been used continuously since long prior to Defendants' use of the Hendrix Artwork Marks, or the incorporation of the Defendant Hendrix Artwork.

41. The Registrations are *prima facie* evidence of Plaintiff Experience's exclusive rights in and ownership of the marks shown therein throughout the

COMPLAINT - 21

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100 FAX: (206) 623-9273

United States, and the validity and the registrations of such marks. The Registrations set forth in paragraph 22 above are incontestable and are "conclusive evidence" of Experience's exclusive right to use such registered marks on the goods and services listed in those registrations under 15 U.S.C. sec. 1115(b).

42.    Defendants' uses of the Hendrix Artwork Marks, and other marks and indicia of origin (such as the signature) which are confusingly similar to the Registered Marks, are not authorized by Plaintiffs, are likely to cause confusion, to cause mistake and to deceive as to the source of the goods and services offered by Defendants, in that consumers will likely associate, and have actually associated, Defendants' products and services with Plaintiffs, to the detriment of Plaintiffs.

43.    Defendants' infringing conduct is intentional, willful, and designed to mislead, deceive and confuse the consuming public, and to capitalize on the goodwill associated with Plaintiffs' Hendrix Marks, and is intended to palm off Defendants' goods as those of Plaintiffs.

44.    Plaintiffs provided written notice to Defendant Pitsicalis (and his attorney) of Plaintiffs' registrations and rights, on October 30, 2008, and February 4, 2009 but Defendants have refused to cease their infringing acts. By virtue of their unauthorized uses of the Hendrix Artwork Marks and other marks similar to Plaintiffs' Registered Marks in interstate commerce, and the likelihood of such uses to cause confusion, to cause mistake or to deceive, Defendants have violated,

COMPLAINT - 22

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

and continue to violate, the rights of Plaintiffs under the U.S. Trademark Act, giving rise to a cause of action under 15 U.S.C. § 1114(1).

45.     Unless enjoined and restrained by this Court, Defendants will continue to engage in such unlawful conduct.  Plaintiffs have no adequate remedy at law in that Defendants will continue their infringing conduct, as alleged above, in violation of 15 U.S.C. § 1114.  Plaintiffs therefore seek preliminary and permanent injunctive relief precluding Defendants from further acts of infringement and from any further use, reference to or association with the Registered Marks.  Plaintiffs seek such other injunctive relief as may be reasonable and appropriate to protect further infringement of their rights in and to the Registered Marks.

46.     Plaintiffs further allege that they have been damaged as a result of Defendants' infringing actions as alleged herein.  Plaintiffs are entitled to recover their damages, as well as Defendants' profits, treble damages and corrective advertising damages.  Attorney fees are authorized by 15 U.S.C. § 1117.  Destruction of infringing articles is authorized by 15 U.S.C. § 1118.  Plaintiffs request that the Court order the Defendants to withdraw and abandon any applications for the Hendrix Artwork Marks that have been filed, if any, and not to file any USPTO applications for marks infringing on Plaintiffs' rights.

COMPLAINT - 23

## SECOND CLAIM
### (False Designation of Origin/Federal Unfair Competition, 15 U.S.C. § 1125(a))

47.  Plaintiffs reallege and incorporate paragraphs 1 through 46 as though fully set forth herein.

48.  Defendants advertise and offer for sale, in interstate commerce, unauthorized and infringing goods and services through use of the Hendrix Marks, and confusingly similar marks and references including the titles "AXIS: BOLD AS LOVE", "PURPLE HAZE", "CASTLES MADE OF SAND", "FIRE", "FOXY LADY", "STONE FREE", "HIGHWAY CHILE" and "THE WIND CRIES MARY." Defendants' actions are intentional and designed to capitalize on the goodwill and recognition associated with the well-known works and rights owned by Plaintiffs. Defendants' actions create a false designation of origin and false representation as to the origin, source, sponsorship, endorsement, affiliation and authenticity of the infringing products and services they are advertising and offering for sale. Such actions create a likelihood of confusion in the consuming public. Defendants know that their actions are likely to create confusion among the consuming public and by their actions intend to confuse, defraud and deceive the consuming public into believing that Plaintiffs produce, sponsor or endorse Defendants' products and services, when they do not.

49.  Defendants' actions, as described above, are in violation of 15 U.S.C. § 1125(a). Unless enjoined and restrained by this Court, Defendants will continue

COMPLAINT - 24

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX (206) 623-9273

to engage in such unlawful conduct. Plaintiffs have no adequate remedy at law in that Defendants will continue their infringing conduct. Plaintiffs therefore seek injunctive relief precluding Defendants from further acts of infringement and from any further use, reference to or association with Plaintiffs and their marks, including but not limited to ordering Defendants to cease use of the Hendrix Artwork Marks and not to file any USPTO applications for marks infringing the rights of Plaintiffs. Plaintiffs further seek an injunction ordering that the past and misleading representations by Defendants be corrected in writing, and that all profits made while engaging in infringing conduct be held in constructive trust for Plaintiffs. Plaintiffs further seek destruction of infringing articles as authorized by 15 U.S.C. § 1118. Plaintiffs seek such other injunctive relief as may be reasonable and appropriate to protect further infringement of its rights in and to the Hendrix Marks.

50. Plaintiffs further allege that they have been damaged as a result of Defendants' infringing actions as alleged herein. Plaintiffs are entitled to recover their damages, as well as Defendants' profits, treble damages and corrective advertising damages. Attorney fees are authorized by U.S.C. § 1117.

## THIRD CLAIM
### (Washington Consumer Protection Act)

51. Plaintiffs reallege and incorporate paragraphs 1 through 50 as though fully set forth herein.

COMPLAINT - 25

52.     By the acts alleged herein, Defendants have violated the Washington Consumer Protection Act, RCW §19.86.020, in that Defendants acts constitute unfair or deceptive acts or practices in the conduct of trade or commerce.

53.     Defendants' conduct is confusing and deceptive to the public.

54.     Defendants' conduct has caused damage to Plaintiffs' business reputations and to Plaintiffs' Hendrix Marks and other rights and properties in an amount to be determined at trial.   Plaintiffs are entitled to injunctive relief, attorneys' fees and costs, and other equitable relief as this Court may order.

## FOURTH CLAIM
### (Contributory Infringement)

55.     Plaintiffs reallege and incorporate paragraphs 1 through 54 as though fully set forth herein.

56.     Defendant Pitsicalis is, on information and belief, personally directing or controlling the infringing activities of Defendant HendrixLicensing.com, LTD, or benefiting by such acts.

57.     By reason of the actions aforesaid, the infringement of Plaintiffs' Hendrix Marks by Defendant HendrixLicensing.com, LTD has been directed by, and under the control or authority of Defendant Pitsicalis.

58.     Upon information and belief, Pitsicalis has contributorily infringed or caused the infringement of Plaintiffs' Hendrix Marks, all to the detriment of Plaintiffs. The infringements by Pitsicalis of Plaintiffs' rights in its Hendrix Marks

COMPLAINT - 26

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

will irreparably harm Plaintiffs, have been willful, and will continue unless enjoined by this Court.   Damages, including for corrective advertising, and attorney fees are authorized by 15 U.S.C. § 1117.   Destruction of infringing articles is authorized by 15 U.S.C. § 1118.

## FIFTH CLAIM
### (Unjust Enrichment)

59.   Plaintiffs reallege and incorporate paragraphs 1 through 58 as though fully set forth herein.

60.   On information and belief, Pitsicalis and HendrixLicensing.com, LTD have wrongfully received money from third parties that they should not in equity and good conscience retain, on account of their federal and common law trademark infringements, unfair competition, and related acts.

61.   The benefit unjustly received by those Defendants implies a promise, or quasi-contract, to pay those benefits to Plaintiffs.

62.   Plaintiffs have demanded that Defendants stop their infringements and misappropriation of Plaintiffs' marks and business goodwill, and Defendants have refused.

63.   Plaintiffs seek restitution from Defendants consisting of all monies and profits received by those Defendants on account of their violations of Plaintiffs' rights.

COMPLAINT - 27

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

## SIXTH CLAIM
### (Constructive Trust)

64.     Plaintiffs reallege and incorporate paragraphs 1 through 58 as though fully set forth herein.

65.     Plaintiffs have no adequate remedy at law.   In addition to the equitable remedies sought herein, Plaintiffs seek an accounting and constructive trust on all further monies received by Pitsicalis and HendrixLicensing.com, LTD on account of their violations of Plaintiffs' rights.

* * * * * * * * * *

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief as follows:

1.     Injunctive Relief:

a.     For Its Federal Trademark Infringement Claims, 15 U.S.C. 1125(a):   That this court grant an injunction pursuant to the powers granted it under 15 U.S.C. § 1116, enjoining and restraining Defendant Pitsicalis   and   HendrixLicensing.com,   LTD   (and   their   distributors, employees, agents, related parties and licensees) from directly or indirectly using the Hendrix Marks or any other mark, word, name or slogan similar to Plaintiffs' marks which is likely to cause confusion, mistake or to deceive. And that this Court, pursuant to the power granted it under 15 U.S.C. § 1118, order that all labels, signs, prints, packages, wrappers, receptacles,

COMPLAINT - 28

websites and advertisements in the possession or control of Defendants (or their distributors, employees, agents, related parties and licensees) bearing the infringing marks, and all plates, molds, matrices and other means of making the same, shall be delivered up and destroyed.   And that this Court order the Defendants to withdraw or abandon any Applications with the USPTO or elsewhere for marks infringing the rights of Plaintiffs.

   b.   For its False Designation of Origin and State Claims:  That this Court grant an injunction enjoining and restraining Defendants and their distributors, agents, employees and licensees from (1) directly or indirectly using the words "Hendrix" or "Hendrix Licensing" or "Hendrix Artwork," or "Hendrix Family Company" or "Jimi Hendrix" or "Jimi" or "The Wind Cries Mary" or "Purple Haze" "Axis: Bold as Love" or "Castles Made of Sand" or "Fire" or "Foxy Lady" or "Stone Free" or "Highway Chile,"  or the headshot or signature design marks, and Jimi Hendrix song titles, or any other mark, word or name similar to Plaintiffs' marks which is likely to cause confusion and (2) continuing any and all acts of unfair competition as herein alleged. And that this Court order the Defendants to abandon any pending applications with the U.S. Patent and Trademark Office or elsewhere for marks infringing the rights of Plaintiffs.

   2.   Damages:

COMPLAINT - 29

a.   For All Claims:   That Defendants jointly and severally be required to account to Plaintiffs for any and all monies and profits derived by Defendants from the sale of their goods and services and for all damages sustained by Plaintiffs by reason of Defendants' acts complained of herein, and that any future profits or monies received by Defendants as a result of their infringing activities be held in constructive trust for the benefit of Plaintiffs, and be paid to Plaintiffs.

b.   For its Claims of Infringement under 15 U.S.C. and Violations of RCW §19.86.020:  That this Court award Plaintiffs treble the amount of actual damages suffered by Plaintiffs, as permitted by 15 U.S.C. § 1117 and RCW §19.86.090, in an amount to be determined at trial.

c.   That this Court award punitive damages and exemplary damages and corrective advertising damages against Defendants jointly and severally and in favor of Plaintiffs in an amount to be determined at trial by reason of Defendants' fraud and palming off.

3.   That Plaintiffs be awarded their costs in this action.

4.   That this is an exceptional case, and that Plaintiffs be awarded their reasonable attorneys fees under 15 U.S.C. § 1117 and RCW §19.86.090; and

5.   That this Court grant such other and further relief as it shall deem just and equitable.

COMPLAINT - 30

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

DATED this _4th_ day of March, 2009.

By: _____

John D. Wilson, Jr., WSBA No. 4828
Shilpa Bhatia, WSBA No. 28012
Alfred E. Donohue,  WSBA No. 32774
WILSON SMITH COCHRAN DICKERSON
1215 4th Ave., Suite 1700
Seattle,  WA  98161
(206) 623-4100 phone
(206) 623-9273 fax
donohue@wscd.com

-  and  -

Karen Wetherell Davis, WSBA No. 21195
William A. Drew WSBA No. 38697
ELLIOT, OSTRANDER, & PRESTON, PC
707 SW Washington St., Suite 1500
Portland, OR  97205
(206) 325-1244 / (503) 224-7112
(503) 224-7819 facsimile
karen@eoplaw.com

COMPLAINT  - 31

# EXHIBIT 1

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,322,761

## United States Patent and Trademark Office

Registered Feb. 29, 2000

### TRADEMARK
### PRINCIPAL REGISTER

## JIMI HENDRIX

EXPERIENCE HENDRIX, L.L.C. (WASHING-
TON LIMITED LIABILITY COMPANY)
83 SOUTH KING STREET, SUITE 606
SEATTLE, WA 98104

FOR: CLOTHING, NAMELY, T-SHIRTS,
JACKETS, CAPS AND GLOVES, IN CLASS 25
(U.S. CLS. 22 AND 39).
FIRST USE 12-31-1982; IN COMMERCE
12-31-1982.

OWNER OF U.S. REG. NOS. 2,020,197,
2,021,658, AND 2,022,905.

THE NAME IN THE MARK DOES NOT REP-
RESENT THAT OF A LIVING INDIVIDUAL.

SER. NO. 75-309,849, FILED 6-17-1997.

PAULA MAYS, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Corrected

Reg. No. 2,245,408

Registered May 18, 1999

OG Date Aug. 8, 2006

## SERVICE MARK
## PRINCIPAL REGISTER

## AUTHENTIC HENDRIX

EXPERIENCE HENDRIX, L.L.C. (WA-SHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE S.
TUKWILA, WA 98168

NO CLAIM IS MADE TO THE EXCLU-SIVE RIGHT TO USE "AUTHENTIC", APART FROM THE MARK AS SHOWN.

FOR: MAIL ORDER, TELEPHONE ORDER, AND COMPUTERIZED ON-LINE ORDERING SERVICES IN THE FIELD OF CLOTHING, BOOKS, FURNI-TURE, VINYL ALBUMS, PRERECORDED VIDEOS, MUSICAL SOUND RECORD-INGS, PRINTED MUSIC, MAGAZINES, PHOTOGRAPHS, ART WORK, WATCHES, POSTERS AND HANDBILLS, ORNAMENTS, STAMPS, AFGHANS, GUI-TARS, GUITAR PEDALS, CALENDARS AND OTHER MEMORABILIA RELATED TO THE MUSIC INDUSTRY , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-30-1997; IN COMMERCE 4-30-1997.

SER. NO. 75-308,674, FILED 6-13-1997.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 8, 2006.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,245,409

Registered May 18, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## EXPERIENCE HENDRIX

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
83 SOUTH KING STREET, SUITE 606
SEATTLE, WA 98104

FOR: PRINT MATERIALS, NAMELY, MAGAZINES FEATURING ARTICLES ON MUSIC AND THE MUSIC INDUSTRY, AND POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-31-1996; IN COMMERCE 9-30-1996.

OWNER OF U.S. REG. NOS. 2,020,197, 2,021,658, AND 2,022,905.

SER. NO. 75-309,074, FILED 6-16-1997.

PAULA MAYS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,250,912

## United States Patent and Trademark Office

Registered June 8, 1999

### TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHING-
TON LIMITED LIABILITY COMPANY)
83 SOUTH KING STREET, SUITE 606
SEATTLE, WA 98104

FOR: MUSICAL SOUND RECORDINGS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
FIRST USE 4–15–1997; IN COMMERCE
4–15–1997.
OWNER OF U.S. REG. NOS. 2,020,197,
2,021,658, AND 2,022,905.
THE MARKINGS AND LINES IN THE
DRAWING OF THE MARK ARE DESIGN FEA-
TURES OF THE MARK. THEY DO NOT INDI-
CATE COLOR.
THE NAME IN THE MARK DOES NOT
IDENTIFY A LIVING INDIVIDUAL.
THE MARK CONSISTS OF A DRAWING OF
THE HEAD AND SHOULDERS OF JIMI HEN-
DRIX, ENCIRCLED BY THE WORDS "EXPERI-
ENCE HENDRIX".

SER. NO. 75–340,793, FILED 8–14–1997.

ANNE MADDEN, EXAMINING ATTORNEY

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101, and 107**

**Reg. No. 2,383,500**

# United States Patent and Trademark Office

**Registered Sep. 5, 2000**

## SERVICE MARK
## PRINCIPAL REGISTER

## JIMI HENDRIX

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
83 SOUTH KING STREET, SUITE 606
SEATTLE, WA 98104

FOR: ENTERTAINMENT SERVICES, NAMELY, PREPARING AUDIOVISUAL DISPLAYS AND EXHIBITIONS IN THE FIELD OF MUSIC, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6–25–1999; IN COMMERCE 6–25–1999.

THE MARK IS THE NAME OF A DECEASED INDIVIDUAL.

SN 75–003,276, FILED 10–10–1995.

LESLEY LAMOTHE, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 2,987,556

United States Patent and Trademark Office     Registered Aug. 23, 2005

## SERVICE MARK
## PRINCIPAL REGISTER

# EXPERIENCE HENDRIX

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: ENTERTAINMENT IN THE NATURE OF LIVE MUSICAL PERFORMANCES; ENTERTAINMENT IN THE NATURE OF VISUAL AND AUDIO MUSICAL PERFORMANCES; A TOURING PRODUCTION FEATURING LIVE MUSICAL PERFORMANCES BY MULTIPLE ARTISTS AND RELATED VISUAL DISPLAYS; AN ONLINE INTERACTIVE SERVICE FEATURING INFORMATION ABOUT A TOURING PRODUCTION FEATURING LIVE MUSICAL PERFORMANCES BY MULTIPLE ARTISTS AND RELATED VISUAL DISPLAYS; PRODUCTION OF A TOUR OF LIVE MUSICAL PERFORMANCES BY MULTIPLE ARTISTS AND RELATED VISUAL DISPLAYS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-17-2004; IN COMMERCE 1-17-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,245,409 AND 2,250,912.

THE NAME HENDRIX IN THE MARK DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 78-442,194, FILED 6-28-2004.

LINDA ESTRADA, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,989,576
Registered Aug. 30, 2005

### TRADEMARK
#### PRINCIPAL REGISTER

# JIMI HENDRIX

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: WRIST WATCHES; ALARM CLOCKS; WALL CLOCKS; AND JEWELRY, NAMELY ORNAMENTAL PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-3-1997; IN COMMERCE 6-3-1997.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,322,761, 2,876,475 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SER. NO. 78-442,214, FILED 6-28-2004.

WINSTON FOLMAR, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**Reg. No. 2,997,676**

## United States Patent and Trademark Office

**Registered Sep. 20, 2005**

### SERVICE MARK
#### PRINCIPAL REGISTER

# JIMI HENDRIX

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)

14501 INTERURBAN AVENUE SOUTH

SEATTLE, WA 98168

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING PRERECORDED MUSIC, AUDIO AND AUDIOVISUAL RECORDINGS, INFORMATION IN THE FIELD OF MUSIC, AND COMMENTARY AND ARTICLES ABOUT MUSIC ON-LINE VIA A GLO-BAL COMPUTER NETWORK; MUSIC PUBLISHING SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-28-1995; IN COMMERCE 7-28-1995.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,322,761, 2,876,475 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK DOES NOT IDEN-TIFY A PARTICULAR LIVING INDIVIDUAL.

SER. NO. 78-444,381, FILED 7-1-2004.

WINSTON FOLMAR, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,902,769

## United States Patent and Trademark Office

Registered Nov. 16, 2004

## TRADEMARK
## PRINCIPAL REGISTER

## JIMI HENDRIX

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: PRINTED MATTER, NAMELY, CALEN-DARS, POSTERS, PHOTOGRAPHS, POSTCARDS, STICKERS, MUSIC IN PRINTED FORM; PRINTED MUSIC BOOKS; BOOKS CONTAINING INFORMA-TION AND MEMORABILIA RELATING TO JIMI HENDRIX, BOOKS, NAMELY, COLLECTOR'S BOOKS CONTAINING PRINTED MUSIC, PHOTO-GRAPHS, HANDWRITTEN LYRICS BY JIMI HEN-DRIX AND COMMENTARY, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-0-1967; IN COMMERCE 12-0-1971.

OWNER OF U.S. REG. NOS. 2,020,197, 2,383,500 AND OTHERS.

THE MARK IS THE NAME OF A DECEASED INDIVIDUAL.

SEC. 2(F).

SER. NO. 76-505,969, FILED 4-11-2003.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,001,464
Registered Sep. 27, 2005

## SERVICE MARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING PRERECORDED MUSIC, AUDIO AND AUDIOVISUAL RECORDINGS, INFORMATION IN THE FIELD OF MUSIC, AND COMMENTARY AND ARTICLES ABOUT MUSIC ON-LINE VIA A GLOBAL COMPUTER NETWORK; MUSIC PUBLISHING SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

OWNER OF U.S. REG. NOS. 2,322,761, 2,876,475 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SER. NO. 78-442,187, FILED 6-28-2004.

WINSTON FOLMAR, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,001,465
Registered Sep. 27, 2005

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: PRINTED MATTER, NAMELY, CALEN-DARS, POSTERS, PHOTOGRAPHS, POSTCARDS, STICKERS; BOOKS, NAMELY PRINTED MUSIC BOOKS AND COLLECTORS' BOOKS CONTAINING PRINTED MUSIC, PHOTOGRAPHS, HANDWRIT-TEN LYRICS BY JIMI HENDRIX AND COMMEN-TARY; PENS; CHECKBOOK COVERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

OWNER OF U.S. REG. NOS. 2,322,761, 2,876,475 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK DOES NOT IDEN-TIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF A STYLIZED VER-SION OF THE LITERAL ELEMENT.

SER. NO. 78-442,205, FILED 6-28-2004.

WINSTON FOLMAR, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**Reg. No. 2,998,059**

## United States Patent and Trademark Office

Registered Sep. 20, 2005

### SERVICE MARK
### PRINCIPAL REGISTER

# JIMIHENDRIX.COM

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)

14501 INTERURBAN AVENUE SOUTH

SEATTLE, WA 98168

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING PRERECORDED MUSIC, AUDIO AND VISUAL RECORDINGS, INFORMATION IN THE FIELD OF MUSIC, AND COMMENTARY AND ARTICLES ABOUT MUSIC ON-LINE VIA A GLOBAL COMPUTER NETWORK, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-25-1998; IN COMMERCE 3-25-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,322,761, 2,876,475 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SER. NO. 78-460,387, FILED 8-2-2004.

WINSTON FOLMAR, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

United States Patent and Trademark Office

Reg. No. 2,998,058
Registered Sep. 20, 2005

## SERVICE MARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING PRERECORDED MUSIC, AUDIO AND AUDIOVISUAL RECORDINGS, INFORMATION IN THE FIELD OF MUSIC, AND COMMENTARY AND ARTICLES ABOUT MUSIC ON-LINE VIA A GLOBAL COMPUTER NETWORK, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-6-2001; IN COMMERCE 5-6-2001.

OWNER OF U.S. REG. NOS. 2,322,761, 2,876,475 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF A STYLIZED VERSION OF THE LITERAL ELEMENT.

SER. NO. 78-460,385, FILED 8-2-2004.

WINSTON FOLMAR, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,072,909
Registered Mar. 28, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE
SEATTLE, WA 98168

FOR: ON-LINE RETAIL STORE SERVICES FEATURING MERCHANDISE AND MEMORABILIA RELATED TO THE MUSIC INDUSTRY; MAIL ORDER CATALOG, TELEPHONE ORDER, AND COMPUTERIZED ON-LINE ORDERING SERVICES FEATURING MERCHANDISE AND MEMORABILIA RELATED TO THE MUSIC INDUSTRY; ORDER FULFILLMENT SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-13-1996; IN COMMERCE 9-13-1996.

OWNER OF U.S. REG. NO. 2,250,912.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF A STYLIZED DRAWING OF THE HEAD AND SHOULDERS OF JIMI HENDRIX.

SER. NO. 78-483,215, FILED 9-14-2004.

MICHELLE DUBOIS, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 3,297,740
Registered Sep. 25, 2007

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: INCENSE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 6-14-2002; IN COMMERCE 6-27-2002.

OWNER OF U.S. REG. NOS. 2,245,408, 3,072,909 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE AUTHENTIC, APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE WORD AUTHENTIC ABOVE AND THE WORD HENDRIX BELOW THE DESIGN OF A MAN'S HEAD AND SHOULDERS.

SEC. 2(F) "AUTHENTIC".

SER. NO. 78-886,086, FILED 5-17-2006.

GEORGIA CARTY, EXAMINING ATTORNEY

Int. Cl.: 4

Prior U.S. Cls.: 1, 6 and 15

**United States Patent and Trademark Office**

Reg. No. 3,312,070
Registered Oct. 16, 2007

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 8-31-2004; IN COMMERCE 11-1-2004.

OWNER OF U.S. REG. NOS. 2,245,408, 3,072,909 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AUTHENTIC", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK DOES NOT IDEN-TIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE WORD AUTHEN-TIC ABOVE AND THE WORD HENDRIX BELOW A DESIGN OF A MAN'S HEAD AND SHOULDERS.

SER. NO. 78-866,266, FILED 4-20-2006.

MARK PILARO, EXAMINING ATTORNEY

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 3,312,071
Registered Oct. 16, 2007

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: AIR FRESHENERS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 9-26-2002; IN COMMERCE 11-25-2002.

OWNER OF U.S. REG. NOS. 2,245,408, 3,072,909 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AUTHENTIC", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE WORD AUTHENTIC ABOVE AND THE WORD HENDRIX BELOW A DESIGN OF A MAN'S HEAD AND SHOULDERS.

SER. NO. 78-866,268, FILED 4-20-2006.

MARK PILARO, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 3,297,742
Registered Sep. 25, 2007

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: METAL LICENSE PLATES; METAL DECORATIVE BOXES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 11-11-2002; IN COMMERCE 11-11-2002.

OWNER OF U.S. REG. NOS. 2,245,408, 3,072,909 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE AUTHENTIC, APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE WORD AUTHENTIC ABOVE AND THE WORD HENDRIX BELOW THE DESIGN OF A MAN'S HEAD AND SHOULDERS.

SEC. 2(F) "AUTHENTIC".

SER. NO. 78-886,100, FILED 5-17-2006.

GEORGIA CARTY, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,312,206

**United States Patent and Trademark Office**   Registered Oct. 16, 2007

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: DECORATIVE SWITCH PLATE COVERS; DECORATIVE MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-11-2004; IN COMMERCE 10-11-2004.

OWNER OF U.S. REG. NOS. 2,245,408, 3,072,909 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE AUTHENTIC, APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE WORD AUTHENTIC ABOVE AND THE WORD HENDRIX BELOW THE DESIGN OF A MAN'S HEAD AND SHOULDERS.

SER. NO. 78-886,099, FILED 5-17-2006.

GEORGIA CARTY, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 3,407,122

Registered Apr. 1, 2008

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: LICENSE PLATE FRAMES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 7-17-2006; IN COMMERCE 7-17-2006.

OWNER OF U.S. REG. NOS. 2,245,408, 3,072,909, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AUTHENTIC", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE WORD "AUTHENTIC" ABOVE AND THE WORD "HENDRIX" BELOW A DESIGN OF A MAN'S HEAD AND SHOULDERS.

SN 78-866,254, FILED 4-20-2006.

MARK PILARO, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,334,862

Registered Nov. 13, 2007

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)

14501 INTERURBAN AVENUE SOUTH

SEATTLE, WA 98168

FOR: PRINTED MATTER, NAMELY POSTERS, PHOTOGRAPHS, POSTCARDS, CALENDARS, STICKERS, LITHOGRAPHS, PRINTS IN THE NATURE OF SILKSCREENS; PENS , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-2000; IN COMMERCE 10-26-2001.

OWNER OF U.S. REG. NOS. 2,245,408, 3,072,909 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AUTHENTIC", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE WORD AUTHENTIC ABOVE AND THE WORD HENDRIX BELOW A DESIGN OF A MAN'S HEAD AND SHOULDERS.

SER. NO. 78-886,104, FILED 5-17-2006.

GEORGIA CARTY, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 3,490,531

## United States Patent and Trademark Office

Registered Aug. 19, 2008

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: STATIONERY, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-20-2007; IN COMMERCE 7-20-2007.

OWNER OF U.S. REG. NOS. 2,245,408, 3,072,909, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AUTHENTIC", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE WORD "AUTHENTIC "ABOVE AND THE WORD "HENDRIX" BELOW THE DESIGN OF A MAN'S HEAD AND SHOULDERS.

SN 78-886,084, FILED 5-17-2006.

GEORGIA CARTY, EXAMINING ATTORNEY

**Int. Cl.: 19**

**Prior U.S. Cls.: 1, 12, 33 and 50**

**United States Patent and Trademark Office**

Reg. No. 3,302,367
Registered Oct. 2, 2007

### TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: CERAMIC TILES, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FIRST USE 6-9-2006; IN COMMERCE 6-9-2006.

OWNER OF U.S. REG. NOS. 2,245,408, 3,072,909 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AUTHENTIC", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SER. NO. 78-912,015, FILED 6-20-2006.

GEORGIA CARTY, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32, and 50

**United States Patent and Trademark Office**

Reg. No. 3,399,951

Registered Mar. 18, 2008

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: NON-METAL AND NON-LEATHER KEY CHAINS; PLAQUES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-24-2003; IN COMMERCE 12-16-2003.

OWNER OF U.S. REG. NOS. 2,245,408, 3,072,909, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AUTHENTIC", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK DOES NOT IDEN-TIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE WORD "AU-THENTIC" ABOVE AND THE WORD "HENDRIX" BELOW A DESIGN OF A MAN'S HEAD AND SHOULDERS.

SN 78-866,262, FILED 4-20-2006.

MARK PILARO, EXAMINING ATTORNEY

**Int. Cl.: 21**

**Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,317,629**
Registered Oct. 23, 2007

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE, SOUTH
SEATTLE, WA 98168

FOR: INCENSE BURNERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 11-22-2004; IN COMMERCE 12-5-2004.

OWNER OF U.S. REG. NOS. 2,245,408, 3,072,909 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AUTHENTIC", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK DOES NOT IDEN-TIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE WORD AUTHEN-TIC ABOVE AND THE WORD HENDRIX BELOW A DESIGN OF A MAN'S HEAD AND SHOULDERS.

SER. NO. 78-866,256, FILED 4-20-2006.

MARK PILARO, EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

## United States Patent and Trademark Office

Reg. No. 3,297,741

Registered Sep. 25, 2007

### TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: AFGHANS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 4-28-2006; IN COMMERCE 4-28-2006.

OWNER OF U.S. REG. NOS. 2,245,408, 3,072,909 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE AUTHENTIC, APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK DOES NOT IDEN-TIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE WORD AUTHEN-TIC ABOVE AND THE WORD HENDRIX BELOW THE DESIGN OF A MAN'S HEAD AND SHOULD-ERS.

SEC. 2(F) "AUTHENTIC".

SER. NO. 78-886,093, FILED 5-17-2006.

GEORGIA CARTY, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 3,302,117**

# United States Patent and Trademark Office

Registered Oct. 2, 2007

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)

14501 INTERURBAN AVENUE SOUTH

SEATTLE, WA 98168

FOR: CLOTHING, NAMELY, JACKETS, SHORTS, SPORT SHIRTS, SWEAT SHIRTS, T-SHIRTS, TANK TOPS; HEADGEAR, NAMELY, BEANIES, SKULL CAPS, CAPS; INFANT DIAPER COVERS; WRIST-BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-12-2000; IN COMMERCE 2-22-2001.

OWNER OF U.S. REG. NOS. 2,245,408, 3,072,909 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AUTHENTIC", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK DOES NOT IDEN-TIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE WORD AUTHEN-TIC ABOVE AND THE WORD HENDRIX BELOW A DESIGN OF A MAN'S HEAD AND SHOULDERS.

SER. NO. 78-871,147, FILED 4-27-2006.

MARK PILARO, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,316,547
Registered Oct. 23, 2007

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)

14501 INTERURBAN AVENUE SOUTH

SEATTLE, WA 98168

FOR: PRINTED MUSIC BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-31-1997; IN COMMERCE 7-25-1997.

OWNER OF U.S. REG. NOS. 2,245,409, 3,001,465 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK DOES NOT IDEN-TIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE WORD EXPERI-ENCE ABOVE AND THE WORD HENDRIX BELOW A DESIGN OF A MAN'S HEAD AND SHOULDERS, AND A STYLIZED VERSION OF THE LITERAL ELEMENT JIMI HENDRIX ACROSS THE BUST.

SER. NO. 77-099,676, FILED 2-5-2007.

SOPHIA S. KIM, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 3,302,110
Registered Oct. 2, 2007

### TRADEMARK
### PRINCIPAL REGISTER

# HENDRIX

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: COMPACT DISCS AND PHONOGRAPH RECORDS FEATURING MUSIC; PRERECORDED DIGITAL VIDEO DISKS FEATURING MUSICAL PERFORMANCES; DECORATIVE MAGNETS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-25-1970; IN COMMERCE 3-25-1970.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,876,475, 2,997,675 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SEC. 2(F).

SER. NO. 78-869,345, FILED 4-25-2006.

MARK PILARO, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

United States Patent and Trademark Office

Reg. No. 3,409,133

Registered Apr. 8, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# HENDRIX

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-12-2000; IN COMMERCE 12-4-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,245,409, 3,001,465 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SEC. 2(F).

SER. NO. 78-866,250, FILED 4-20-2006.

MARK PILARO, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 3,302,093

Registered Oct. 2, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# HENDRIX

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: NON-METAL AND NON-LEATHER KEY CHAINS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-31-1998; IN COMMERCE 12-31-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,245,409, 3,001,465 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SEC. 2(F).

SER. NO. 78-866,249, FILED 4-20-2006.

MARK PILARO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 3,302,118**

## United States Patent and Trademark Office

Registered Oct. 2, 2007

TRADEMARK
PRINCIPAL REGISTER

# HENDRIX

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: CLOTHING, NAMELY T-SHIRTS, AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1987; IN COMMERCE 12-31-1987.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,876,475, 2,997,675 AND OTHERS.

SEC. 2(F).

SER. NO. 78-871,186, FILED 4-27-2006.

MARK PILARO, EXAMINING ATTORNEY

Int. Cl.: 26

Prior U.S. Cls.: 37, 39, 40, 42 and 50

**United States Patent and Trademark Office**

Reg. No. 3,409,132

Registered Apr. 8, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# HENDRIX

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: ORNAMENTAL NOVELTY BUTTONS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 10-24-2003; IN COMMERCE 12-12-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,245,409, 3,001,465 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SEC. 2(F).

SER. NO. 78-866,245, FILED 4-20-2006.

MARK PILARO, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

## United States Patent and Trademark Office

Reg. No. 3,306,891
Registered Oct. 9, 2007

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: METAL DECORATIVE BOXES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 10-7-2002; IN COMMERCE 10-8-2002.

OWNER OF U.S. REG. NOS. 2,322,761, 3,001,465 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK DOES NOT IDEN-TIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF A STYLIZED VER-SION OF THE LITERAL ELEMENT.

SER. NO. 78-866,283, FILED 4-20-2006.

MARK PILARO, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 3,290,861
Registered Sep. 11, 2007

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: NON-METAL AND NON-LEATHER KEY CHAINS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 11-13-2002; IN COMMERCE 11-13-2002.

OWNER OF U.S. REG. NOS. 2,322,761, 3,001,465 AND OTHERS.

"THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK DOES NOT IDEN-TIFY A PARTICULAR LIVING INDIVIDUAL."

THE MARK CONSISTS OF A STYLIZED VER-SION OF THE LITERAL ELEMENT.

SER. NO. 78-885,937, FILED 5-17-2006.

GEORGIA CARTY, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 3,306,892**
Registered Oct. 9, 2007

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: CLOTHING, NAMELY SWEAT SHIRTS, T-SHIRTS AND CAPS; WRISTBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-31-1997; IN COMMERCE 7-31-1997.

OWNER OF U.S. REG. NOS. 2,322,761, 3,001,465 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF A STYLIZED VERSION OF THE LITERAL ELEMENT.

SER. NO. 78-866,285, FILED 4-20-2006.

MARK PILARO, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**Reg. No. 3,328,587**

## United States Patent and Trademark Office

**Registered Nov. 6, 2007**

## TRADEMARK
## PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-14-1997; IN COMMERCE 11-14-1997.

OWNER OF U.S. REG. NOS. 2,250,912, 3,001,465 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK DOES NOT IDEN-TIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF A STYLIZED VER-SION OF THE LITERAL ELEMENT BELOW A DE-SIGN OF A MAN'S HEAD AND SHOULDERS.

SER. NO. 77-100,669, FILED 2-6-2007.

SUSAN LESLIE DUBOIS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 3,328,579
Registered Nov. 6, 2007

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-23-1996; IN COMMERCE 6-9-1997.

OWNER OF U.S. REG. NOS. 2,250,912, 3,001,465 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK DOES NOT IDEN-TIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF A STYLIZED VER-SION OF THE LITERAL ELEMENT BELOW A DE-SIGN OF A MAN'S HEAD AND SHOULDERS.

SER. NO. 77-099,682, FILED 2-5-2007.

SUSAN LESLIE DUBOIS, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 3,306,890
Registered Oct. 9, 2007

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: SPORTS BOTTLES SOLD EMPTY, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-22-2002; IN COMMERCE 8-12-2002.

OWNER OF U.S. REG. NOS. 2,998,058, 3,001,465 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF A STYLIZED VERSION OF THE LITERAL ELEMENT.

SER. NO. 78-866,278, FILED 4-20-2006.

MARK PILARO, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**Reg. No. 3,328,324**

## United States Patent and Trademark Office

Registered Nov. 6, 2007

### TRADEMARK
### PRINCIPAL REGISTER

## JIMI HENDRIX ELECTRIC
## GUITAR COMPETITION

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

 FOR: ORNAMENTAL PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

 FIRST USE 8-19-1999; IN COMMERCE 12-10-1999.

 THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,876,475, 2,989,576 AND OTHERS.

 THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

 SER. NO. 77-011,669, FILED 10-2-2006.

RONALD MCMORROW, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,374,813

Registered Jan. 29, 2008

## TRADEMARK
### PRINCIPAL REGISTER

## JIMI HENDRIX ELECTRIC GUITAR COMPETITION

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-23-1996; IN COMMERCE 9-28-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,245,409, 3,001,465 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SER. NO. 77-011,667, FILED 10-2-2006.

RONALD MCMORROW, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 3,322,319

## United States Patent and Trademark Office

Registered Oct. 30, 2007

### TRADEMARK
### PRINCIPAL REGISTER

## JIMI HENDRIX ELECTRIC GUITAR FESTIVAL

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-1-1995; IN COMMERCE 12-2-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,245,409, 3,001,465 AND OTHERS.

THE NAME JIMI HENDRIX DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 77-011,659, FILED 10-2-2006.

RONALD MCMORROW, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,290,862
Registered Sep. 11, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: ONLINE RETAIL STORE SERVICES FEATURING MERCHANDISE AND MEMORABILIA RELATED TO THE MUSIC INDUSTRY; MAIL ORDER CATALOG, TELEPHONE ORDER, AND COMPUTERIZED ON-LINE ORDERING SERVICES FEATURING MERCHANDISE AND MEMORABILIA RELATED TO THE MUSIC INDUSTRY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-3-2005; IN COMMERCE 5-3-2005.

OWNER OF U.S. REG. NOS. 2,876,479, 2,998,059 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE LITERAL ELEMENT IN A STYLIZED CIRCULAR FORMAT WITH ARROWS.

SER. NO. 78-886,078, FILED 5-17-2006.

GEORGIA CARTY, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

**Reg. No. 3,467,285**

## United States Patent and Trademark Office

Registered July 15, 2008

### TRADEMARK
### PRINCIPAL REGISTER

## THE JIMI HENDRIX LIQUID EXPERIENCE

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: ENERGY DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 1-25-2007; IN COMMERCE 5-1-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,001,464, 3,001,465, AND 3,256,776.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SER. NO. 77-336,917, FILED 11-26-2007.

BRENDAN MCCAULEY, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

**United States Patent and Trademark Office**

Reg. No. 3,467,284
Registered July 15, 2008

## TRADEMARK
### PRINCIPAL REGISTER



EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: ENERGY DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 1-25-2007; IN COMMERCE 5-1-2007.

OWNER OF U.S. REG. NOS. 3,001,464, 3,256,776 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK DOES NOT IDEN-TIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF A STYLIZED FORM OF THE LITERAL ELEMENT "THE JIMI HENDRIX LIQUID EXPERIENCE".

SER. NO. 77-336,912, FILED 11-26-2007.

BRENDAN MCCAULEY, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,256,776

**United States Patent and Trademark Office**     Registered June 26, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# THE JIMI HENDRIX EXPERIENCE

EXPERIENCE HENDRIX, L.L.C. (WASHINGTON LTD LIAB CO)
14501 INTERURBAN AVENUE SOUTH
SEATTLE, WA 98168

FOR: CLOTHING; NAMELY, T-SHIRTS, HATS, AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-25-1997; IN COMMERCE 7-25-1997.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,020,197, 2,383,500, AND OTHERS.

THE NAME, JIMI HENDRIX IN THE MARK, DOES NOT IDENTIFY A LIVING INDIVIDUAL

SN 76-506,582, FILED 4-16-2003.

BARBARA A. GOLD, EXAMINING ATTORNEY

# EXHIBIT 2



# EXHIBIT 3

# EXHIBIT 3

### EXAMPLES OF DEFENDANTS' USE
### OF ITS CONFUSINGLY SIMILAR MARKS



Hendrix Artwork Table Lamp



Hendrix Artwork Motion Art Lamp (Box)



Hendrix Artwork Drinking "Pub" Glasses

Complaint: Exhibit 3, page 2 of 9.



Drinking Glasses Box Detail



Hendrix Artwork Dart Board Set (Box)

Complaint:  Exhibit 3, page 3 of 9.



Dart Board Box Back Detail



Dart Board Set Dart Detail





"Flocked" Poster with Detail

Jimi Hendrix Art Work



"from the fire"

"The time I burned my guitar it was like a sacrifice. You sacrifice things you love. I love my guitar." –Jimi Hendrix

The inspiration of "From the Fire" is based on Jimi posing in front of a record store back in the 70s. This piece depicts Jimi springing back to life; coming out of the flames, resurrecting like a phoenix almost 50 years later. He was legendary for theatrics like setting his guitar on fire on stage and always had an affinity towards the flame.

http://www.hendrixartwork.com/from_the_fire.htm                    1/12/2009

"From the Fire" poster from Hendrixartwork.com website

Complaint:  Exhibit 3, page 6 of 9.

Jimi Hendrix Art Work

# "the wind cries mary"





Jimi is shown in a deep introspect, almost a trance-like state, in this piece inspired by the song 'The Wind Cries Mary'. In this song, Jimi's poetic genius is reflected in conveying such extreme sadness and a love lost. At times wisdom is found through tragedy, as Jimi explores at a dark time in his life.

http://www.hendrixartwork.com/wind_cries_mary.htm                1/12/2009

"The Wind Cries Mary" poster from Hendrixartwork.com website

Complaint:  Exhibit 3, page 7 of 9.

Jimi Hendrix Art Work



# "purple haze"



This depiction on Hendrix shows Jimi in an altered state of mind. It is a visual representation of lyrical meaning of the song. It has been said that "Purple Haze" was written after a dream Jimi had, and we see in the image, his head being penetrated with thoughts from the heavens. Purple haze in my eyes, purple haze in my brain, blowin' my minds all of these words are embodied in this image.

http://www.hendrixartwork.com/purple_haze.htm                    1/12/2009

"Purple Haze" poster from Hendrixartwork.com website

Complaint: Exhibit 3, page 8 of 9.



"Purple Haze" poster selling at art.com website



"Wind it Cries Mary" poster selling at Allposters.com website

# EXHIBIT 4

# EXHIBIT 4

Example of Defendants' Book Title
and Graphic "Hendrix – The Book"



# EXHIBIT 5

# EXHIBIT 5



Complaint: Exhibit 5, page 1 of 1.