THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EXPERIENCE HENDRIX, L.L.C., a Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>HENDRIXLICENSING.COM, LTD, dba HENDRIX ARTWORK and HENDRIXARTWORK.COM, a Nevada Corporation, and ANDREW PITSICALIS and CHRISTINE RUTH FLAHERTY, husband and wife,<br><br>Defendants. | No. C09-0285 TSZ<br><br>PLAINTIFFS EXPERIENCE HENDRIX, L.L.C. AND AUTHENTIC HENDRIX LLC'S PROPOSED *VOIR DIRE* |

Plaintiffs Experience Hendrix L.L.C and Authentic Hendrix, LLC ("Experience Hendrix) respectfully requests that this Court include the following questions in the *voir dire* examination of prospective jurors.

    1.    What was your highest level of education?  If you attended college, what was your major, or field of study?

PLAINTIFFS' PROPOSED VOIR DIRE (Cause No. C09-0285 TSZ) – 1

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

2. What is/was your occupation?

3. What is your spouse's occupation?

4. What are your children's occupations, and employers?

5. Have you ever been a plaintiff or a defendant in a lawsuit?

6. Can you wait to make a decision until you've heard all of the evidence?

7. Have you read anything or seen anything on television that has influenced you one way or the other about the court system?

8. Do you believe, or have you ever expressed the opinion that there are "too many lawsuits" or "too many attorneys," or some similar sentiment?

9. Are you opposed for any reason, moral, religious, political, or otherwise, to lawsuits and the concept of recovering money damages for unfair competition or for protection of a business's trademark or brand?

10. Have you, or any of your close family members or friends, played in a band, or recorded any kind of music on an album or CD?  If so, please explain.

11. Have you, or any of your close family members or friends, created or written works copyrighted works, such as paintings, posters, books, drawings, or photographs?  If so, please explain.

12. Have you ever had any particularly positive or negative experiences with the internet or online merchants?  If so, explain.

13. Do you or any of your close family members or friends have any experience with intellectual property rights, such as patents, copyrights, or trademarks?  If so, please explain.

14. Do you or any of your close family members or friends have experience in the

PLAINTIFFS' PROPOSED VOIR DIRE (Cause No. C09-0285 TSZ) – 2

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

field of law, law enforcement or the courts? If so, please explain.

15. Have you ever had any particularly positive or negative experiences relating to law enforcement or the courts? If so, please explain.

16. Do you or any of your close family members or friends have experience operating a business? If so, what kind of business? What experience?

17. Do you or any of your close family members or friends have experience in the field of accounting, or bookkeeping? If so, explain.

18. Have you or any of your close family members had property that was taken or used by someone else without your permission? If so, please explain.

19. Have you or any of your close family members been the victim of identity theft, whereby someone improperly used your name or identity without your permission? If so, explain.

20. Do any prospective jurors have any feelings or views that may cause them to feel uncomfortable sitting as a juror in a case brought by the owner of the celebrity name trademarks JIMI HENDRIX (signature), AUTHENTIC HENDRIX, and EXPERIENCE HENDRIX and others, against an infringer of those marks? If yes, please explain.

21. This is a case wherein the Plaintiffs claim they were injured by infringement of Plaintiffs' trademarks in the name "JIMI HENDRIX". Are you opposed for any reason to the concept of pursuing a case for money damages for trademark infringement of a celebrity name such as JIMI HENDRIX?

22. In this case ownership of Plaintiffs' JIMI HENDRIX related trademarks is not in dispute, nor is Defendants' liability for infringement. Are you opposed for any

PLAINTIFFS' PROPOSED VOIR DIRE (Cause No. C09-0285 TSZ) – 3

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

reason to awarding damages to Plaintiffs for Defendants' use of a celebrity name trademark such as a JIMI HENDRIX signature on products without Plaintiffs' permission?

23. Have you heard of this case or any lawsuit involving the late Jimi Hendrix, or his family or estate? If so, please describe.

24. Have you seen or read anything in the media, on television, or on the internet about this lawsuit, or other lawsuits brought by or against any of the parties in this case? If so:

   a. What did you see or read?

   b. Did the lawsuits involve Jimi Hendrix products or trademarks? If so, explain.

   c. Do you believe that what you saw or read was the complete story?

   d. Do you believe that what you saw or read was fair?

   e. Have you sought out any additional information on what you saw or read?

   f. From what little you have heard about this matter so far, do you tend to side with one party over the other?

25. Have you ever visited www.jimihendrix.com for information about Jimi Hendrix news, events, memorabilia, and other products? If so:

   a. What impressions did you form about what you saw on the Jimi Hendrix website?

   b. What impression do you have of Experience Hendrix, LLC. and/or Authentic Hendrix, LLC products?

26. Have you or any close family members ever purchased a Jimi Hendrix sound recording or product, such as a t-shirt or poster? If so:

PLAINTIFFS' PROPOSED VOIR DIRE (Cause No. C09-0285 TSZ) – 4

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

    a. What Jimi Hendrix recordings or products did you or your family member purchase?

    b. Where did you purchase it? (on the internet, in a store, from a catalogue…)

27. If you are selected as a juror in this case, can you promise that, from now until you are discharged as a juror at the end of the case, you will not watch any television, internet or newspaper news reports related to this case, or any of the parties in it?

28. Would you also promise that you would not discuss this case or the parties to this case with anyone until you are discharged as a juror? Even with family and friends?

Dated this 19th day of April, 2011.

    By: s/ John D. Wilson, Jr.
    John D. Wilson, Jr., WSBA No. 4828
    Alfred E. Donohue, WSBA No. 32774
    WILSON SMITH COCHRAN DICKERSON
    1215 4th Ave., Suite 1700
    Seattle, WA 98161
    (206) 623-4100 phone
    (206) 623-9273 fax
    wilson@wscd.com

    - and -

    Karen Wetherell Davis, WSBA No. 21195
    William A. Drew, WSBA No. 38697
    ELLIOT, OSTRANDER, & PRESTON, PC
    707 SW Washington St., Suite 1500
    Portland, OR 97205
    (206) 325-1244 / (503) 224-7112
    (503) 224-7819 facsimile
    karen@eoplaw.com

    Attorneys for Plaintiffs

PLAINTIFFS' PROPOSED VOIR DIRE (Cause No. C09-0285 TSZ) – 5

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

CERTIFICATE OF SERVICE

I hereby certify that on April ___, 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties below.

Thomas T. Osinski
OSINSKI LAW
535 Dock St., Suite 108
Tacoma, WA 98402
tto@osinskilaw.com

David Martin
Timothy Shea
LEE SMART, COOK, MARTIN & PATTERSON P.S.
701 Pike Street, Suite 1800
Seattle, WA 98101-3927
dlm@leesmart.com
tds@leesmart.com

s/ Alfred E. Donohue
Alfred E. Donohue WSBA No. 32774
WILSON SMITH COCHRAN DICKERSON
1215 – 4th Ave., Suite 1700
Seattle, WA 98161
(206) 623-4100 telephone
(206) 623-9273 fax
donohue@wscd.com

Attorney for Plaintiffs

PLAINTIFFS' PROPOSED VOIR DIRE (Cause No. C09-0285 TSZ) – 6

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273