THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EXPERIENCE HENDRIX, L.L.C, a Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>HENDRIXLICENSING.COM, LTD, dba HENDRIX ARTWORK and HENDRIXARTWORK.COM, a Nevada Corporation, and ANDREW PITSICALIS and CHRISTINE RUTH FLAHERTY, husband and wife,<br><br>Defendants. | No. C09-0285 TSZ<br><br>**EXHIBIT B**<br><br>DEFENDANTS' TRIAL EXHIBIT LIST |

| No. | Description | Objections | Stipulate Admissibility | Stipulate Authenticity, Not admissibility | Dispute Authenticity & Admissibility |
|---|---|---|---|---|---|
| A-1 | Hendrix Licensing Financial Statement inc: Profit & Loss, Balance Sheet, and Acropolis Venture Transfers to Hendrix Licensing. | FRE 801, 802 403 701 702 703 704 705 | | | X |

DEFENDANTS' TRIAL EXHIBIT LIST (Cause No. C09-0285 TSZ) – 1

| No. | Description | Objections | Stipulate Admissibility | Stipulate Authenticity, Not admissibility | Dispute Authenticity & Admissibility |
|---|---|---|---|---|---|
| | | 901 1006 | | | |
| A-2 | Acropolis Ventures Financials | FRE 801 802 403 701 702 703 704 705 1006 | | X | |
| A-3 | All Financial Records Relied on in Creation of Hendrix Licensing and Acropolis Financials inc: Bank Statements, Canceled Checks, and Reconciliations | FRE 403 | | X | |
| A-4 | Canceled Checks for Payments from Hendrix Licensing Licensees to Osinski Law Offices due to Assignment | | | X | |
| A-5 | Pitsicalis Electric Hendrix deposition | FRCP 32 | | X | |
| A-6 | Plaintiff's Disclosure of Expert Witnesses inc: Yalch and Cissel Reports | FRE 801 802 403 701 702 703 704 705 | | X | |

DEFENDANTS' TRIAL EXHIBIT LIST (Cause No. C09-0285 TSZ) – 2