THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EXPERIENCE HENDRIX, L.L.C, a Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>HENDRIXLICENSING.COM, LTD, dba HENDRIX ARTWORK and HENDRIXARTWORK.COM, a Nevada Corporation, and ANDREW PITSICALIS and CHRISTINE RUTH FLAHERTY, husband and wife,<br><br>Defendants. | No. C09-0285 TSZ<br><br>PLAINTIFFS' *AMENDED* TRIAL EXHIBIT LIST |

Plaintiffs Experience Hendrix, L.L.C. and Authentic Hendrix, LLC hereby submit their *amended* trial exhibit list which notes Defendants' objections (attached hereto).

DATED this 22nd day of April, 2011.

By *s/ Alfred E. Donohue*
John D. Wilson, Jr., WSBA No. 4828
Alfred E. Donohue, WSBA No. 32774

PLAINTIFFS' TRIAL EXHIBIT LIST (Cause No. C09-0285 TSZ) – 1

WILSON SMITH COCHRAN DICKERSON
1215 4th Avenue, Suite 1700
Seattle, WA  98161
(206) 623-4100 phone
(206) 623-9273 fax
wilson@wscd.com

Karen Wetherell Davis, WSBA No. 21195
William A. Drew, WSBA No. 38697
ELLIOTT, OSTRANDER, & PRESTON, PC
707 SW Washington St., Suite 1500
Portland, OR 97205
(206) 325-1244 / (503) 224-7112
(503) 224-7819 facsimile
karen@eoplaw.com

Attorneys for Plaintiffs

PLAINTIFFS' TRIAL EXHIBIT LIST (Cause No. C09-0285 TSZ) – 2

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

# CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties below.

Thomas T. Osinski
OSINSKI LAW
535 Dock St., Suite 108
Tacoma, WA 98402
tto@osinskilaw.com

David Martin
Timothy Shea
LEE SMART, COOK, MARTIN & PATTERSON P.S.
701 Pike Street, Suite 1800
Seattle, WA 98101-3927
dlm@leesmart.com
tds@leesmart.com

<u>s/ Alfred E. Donohue</u>
Alfred E. Dohonue WSBA No. 32774
WILSON SMITH COCHRAN DICKERSON
1215 – 4th Ave., Suite 1700
Seattle, WA 98161
(206) 623-4100 telephone
(206) 623-9273 fax
donohue@wscd.com

Attorney for Plaintiffs

PLAINTIFFS' TRIAL EXHIBIT LIST (Cause No. C09-0285 TSZ) – 3

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EXPERIENCE HENDRIX, L.L.C, a Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>HENDRIXLICENSING.COM, LTD, dba HENDRIX ARTWORK and HENDRIXARTWORK.COM, a Nevada Corporation, and ANDREW PITSICALIS and CHRISTINE RUTH FLAHERTY, husband and wife,<br><br>Defendants. | No. C09-0285 TSZ<br><br>**EXHIBIT A**<br><br>PLAINTIFFS' *AMENDED* TRIAL EXHIBIT LIST |

| No. | Description | Objection | Stipulate Admissibility | Stipulate Authenticity, Not admissibility | Dispute Authenticity & Admissibility |
|---|---|---|---|---|---|
| 1. | Copies of *Certificates of Registration* showing proofs of ownership of Plaintiffs' Hendrix-related marks and *Trademark Application Status Report"* | | X | | |

PLAINTIFFS' TRIAL EXHIBIT LIST (Cause No. C09-0285 TSZ) – 4

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

| No. | Description | Objection | Stipulate Admissibility | Stipulate Authenticity, Not admissibility | Dispute Authenticity & Admissibility |
|---|---|---|---|---|---|
| 2. | Experience Hendrix letterhead | FRE 402 403 | | X | |
| 3. | 07/16/08 Licensing Agency Agreement between HendrixLicensing.com, LLC and Vault Agency [PIT/ART00038 – 44] | | X | | |
| 4. | 08/10/2008 Licensing Agency Agreement between HendrixLicensing.com, LLC and Vault Agency [PIT/ART00021 - 28] | | X | | |
| 5. | 08/04/2008 Licensing Agreement between hendrixlicensing.com, Ltd. and Trinity Products, Inc. [PIT/art00471 – 80] | | X | | |
| 6. | 08/29/2008 Licensing Agreement between hendrixlicensing.com, Ltd. and Guistar Picks LLC [PIT/ART000435 – 44] | | X | | |
| 7. | 06/30/2008 Licensing Agreement between hendrixlicensing.com and Enfantino Inc. [PIT/ART00164-69] | | X | | |
| 8. | 08/04/2008 Licensing Agreement between hendrixlicensing.com and Gamer Graffix [PIT/ART00512-20] | | X | | |
| 9. | 06/09/2008 Licensing Agreement between hendrixlicensing.com and Ray Rae Goldman [PIT/ART00055 -57] | | X | | |
| 10. | 08/04/2008 Licensing Agreement between hendrixlicensing.com and The House, Inc. [PIT/ART00029 - 37] | | X | | |
| 11. | 08/04/2008 Licensing Agreement between hendrixlicensing.com and IsOLAR2Go Inc. [PIT/ART00445 - 53] | | X | | |

PLAINTIFFS' TRIAL EXHIBIT LIST (Cause No. C09-0285 TSZ) – 5

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

| No. | Description | Objection | Stipulate Admissibility | Stipulate Authenticity, Not admissibility | Dispute Authenticity & Admissibility |
|---|---|---|---|---|---|
| 12. | 08/04/2008 Licensing Agreement between hendrixlicensing.com and Local Celebrity, Inc. [PIT/ART00012 -19]] | | X | | |
| 13. | 07/10/2008 Licensing Agreement between hendrixlicensing.com and Rabbit Tanaka Corp. [PIT/ART00482 -94] | | X | | |
| 14. | 08/04/2008 Licensing Agreement between hendrixlicensing.com and Ralph Marlin, Inc. [PIT/ART00003 – 11] | | X | | |
| 15. | 08/29/2008 Licensing Agreement between hendrixlicensing.com Ripple Junction Design Co. [PIT/ART00531 – 38] | | X | | |
| 16. | 10/23/2008 Licensing Agreement between hendrixlicensing.com and VS INTERNATIONAL LLC [PIT/ART00173 – 85] | | X | | |
| 17. | 04/01/2008 Licensing Agreement between hendrixlicensing.com and Silver Buffalo [PIT/ART00521 – 29] | | X | | |
| 18. | Guistar pamphlet attaching original pick and guitar chain necklace holder | FRE 402 403 | | X | |
| 19. | Jan. 2009 Screen shot from hendrixartwork.com with hendrixlicensing.com headshot logo | FRE 402 403 | | X | |
| 20. | 01/13/2009 Screen shot of Garibaldi art poster from www.getdownart.com with Jimi Hendrix signature and artwork head shot logo | FRE 402 403 | | X | |
| 21. | Motion Art – Animated Image – Poster sold by Spencers with Hendrixartwork.com | FRE 402 403 | | X | |
| 22. | Pub glasses "licensed to Silver Buffalo LLC" with Hendrixartwork.com | FRE 402 403 | | X | |

PLAINTIFFS' TRIAL EXHIBIT LIST (Cause No. C09-0285 TSZ) – 6

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

| No. | Description | Objection | Stipulate Admissibility | Stipulate Authenticity, Not admissibility | Dispute Authenticity & Admissibility |
|---|---|---|---|---|---|
| 23. | 01/12/2009 Screen shot of Garibaldi "Purple Haze" poster from www.hendrixartwork.com, with Jimi Hendrix signature and head shot logo from Hendrixart.com | FRE 402 403 | | X | |
| 24. | 01/12/2009 Screen shot of "Slips Into the Sea" poster from www.hendrixartwork.com | FRE 402 403 | | X | |
| 25. | 01/12/2009 Screen shot of "The Wind Cries Mary" poster from www.hendrixartwork.com | FRE 402 403 | | X | |
| 26. | Acropolis Ventures Inc. web page | FRE 402 403 | | X | |
| 27. | 01/29/2009 News and Events Timeline prepared by Pitsicalis | FRE 901 402 403 801 802 | | X | |
| 28. | Jan. 2008 Check from Acropolis Ventures to Garibaldi Fine Art, $5,000 [BofA 00015] | FRE 402 403 | | X | |
| 29. | Hendrixlicensing.com Jimi Hendrix Bloodline | FRE 901 402 403 801 802 | | X | |
| 30. | Webpages of posters of Jimi Hendrix marketed with hendrixlicensing.com signature and/or logo | FRE 402 403 | | X | |
| 31. | iBox Speakers, USB Guitar Lamp, Tie | FRE 402 403 | | X | |
| 32. | 09/18/2008 Pitsicalis to Sen: Report of licensing status with various vendors from Donofrio to Sen, and forwarded to Pitsicalis [PIT/ART00226 – 27] | FRE 402 403 | | X | |

PLAINTIFFS' TRIAL EXHIBIT LIST (Cause No. C09-0285 TSZ) – 7

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

| No. | Description | Objection | Stipulate Admissibility | Stipulate Authenticity, Not admissibility | Dispute Authenticity & Admissibility |
|---|---|---|---|---|---|
| 33. | 09/26/2008 Pitsicalis to Sen: Send monthly reports of contacts and approvals to Brandon and Pitsicalis' attorney [PIT/ART00247] | FRE 402 403 | | X | |
| 34. | 01/13/2009 Screen shot of Jimi Hendrix posters from www.getdownart.com [EH-AH 900528] | FRE 402 403 | | X | |
| 35. | 12/16/2009 and 12/17/2009 Screen shot of Jimi Hendrix posters from www.getdownart.com [ | FRE 402 403 | | X | |
| 36. | 12/17/2009 Snapshot from www.printplusposters.com including "Bandana" from Garibaldi's Rhythm and Hue series | FRE 402 403 | | X | |
| 37. | 09/24/2008 Email Pitsicalis to Fleming [PIT/ART00270] | FRE 901 402 403 801 802 | | X | |
| 38. | 12/02/2008 Email string rseltaeb@gmail.com to Sen re design for guitar pics. | FRE 402 403 | | X | |
| 39. | 12/02/2008 Email string rseltaeb@gmail.com to Pitsicalis re easy fix of signature. | FRE 402 403 | | X | |
| 40. | June 2009 Emails between Sen and Aletto re guitar pic samples; Photos of guitar pic products included | FRE 402 403 | | X | |
| 41. | 08/10/2009 Rockin Artwork (Pitsicalis) Notice to Existing Associates of hendrixlicensing dba hendrixartwork.com | FRE 402 403 | | X | |
| 42. | 12/02/2009 Plaintiff's Requests for Admissions to Defendant | | X | | |
| 43. | 05/21/2008 Email string between Donofrio and Sokoloff re poster licensees [000236-000238] | FRE 402 403 | | X | |

PLAINTIFFS' TRIAL EXHIBIT LIST (Cause No. C09-0285 TSZ) – 8

Wilson Smith Cochran Dickerson
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

| No. | Description | Objection | Stipulate Admissibility | Stipulate Authenticity, Not admissibility | Dispute Authenticity & Admissibility |
|---|---|---|---|---|---|
| 44. | 05/21/2008 Email string between Crystal Gallery and Garibaldi Fine Arts [000242-000244] | FRE 402 403 | | X | |
| 45. | 12/29/2009 Email from Pitsicalis to various recipients re Amended Counter Lawsuit | FRE 402 403 | | X | |
| 46. | Andrew Pitsicalis' business card, National Licensing Director for House of Hendrix | FRE 402 403 | | X | |
| 47. | 08/27/2009 Email string between Pitsicalis and Sokoloff re receipt of subpoena by Planet Productions and Trinity [001190 – 92] | FRE 402 403 | | X | |
| 48. | Declarations of Janie Hendrix submitted to the United States Patent and Trademark Office dated July 31, 1998, September 4, 1998, December 3, 2003, and February 11, 2007 | | X | | |
| 49. | 05/09/2006 Email string Addison and House of Hendrix re logo [RA0003234 – 38]; 10/06/2006 Email Addison to Dieffenbach re signature logo [SER00003013]; 09/21/2006 Email Dieffenbach to Addison re signature logo [RA0004903]; 09/20/2006 Email string Pitsicalis, Harvey, Dieffenbach re head logo and the word "Hendrix" [RA0005219 – 21] | FRE 402 403 801 802 | | | X |
| 50. | Website screen shots of www.buy.com. | FRE 402 403 | | X | |
| 51. | Planet Productions royalty statements re Planet Productions [001196 – 1201] | | X | | |
| 52. | Rabbit Tanaka royalty statement, checks, and receipts [TANAKA 0014; 18 – 20; 32 – 36] | | X | | |


PLAINTIFFS' TRIAL EXHIBIT LIST (Cause No. C09-0285 TSZ) – 9

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

| No. | Description | Objection | Stipulate Admissibility | Stipulate Authenticity, Not admissibility | Dispute Authenticity & Admissibility |
|---|---|---|---|---|---|
| 53. | VS International royalty statements, invoices, checks [VSI 0067 – 79; 76-79; 275] | | X | | |
| 54. | Trinity Products royalty statement | | X | | |
| 55. | JC Penny royalty statement | FRE 402 403 | | X | |
| 56. | Silver Buffalo royalty statements, checks | | X | | |
| 57. | Guistar Picks royalty statements [GP00007 – 9] | | X | | |
| 58. | Intimo Licensing royalty statement | | X | | |
| 59. | The Vault royalty statements [VAULT 0057 – 67] | | X | | |
| 60. | Authentic Hendrix Profit & Loss Prev Years Comparison 2007 [EH1000431 – 36] | FRE 402 403 | | X | |
| 61. | 03/13/2009 Scorpio Posters to Authentic Hendrix enclosing materials re Hendrix artwork.com [EH1000325 – 329] | FRE 402 403 | | X | |
| 62. | Screen shots of ARTBrokerage.com web pages | FRE 402 403 | | X | |
| 63. | AuthenticHendrix.com Registered Trademark Application Specimens – Optimized [EH1000335-412] | | X | | |
| 64. | AuthenticHendrix.com Registered Trademark Incontestability Specimens [EH1000413-418] | | X | | |
| 65. | AuthenticHendrix.com Registered Trademark 10-Year Renewal Specimens [EH1000419 – 424] | | X | | |
| 66. | Color artwork with Hendrix Art.com logo and /or signature produced by Amerita Sen [EH1000301 – 12] | FRE 402 403 | | X | |
| 67. | 04/09/2008 Screenshot of VSI web pages with Jimi Hendrix products [AP Deposition 059 -78] | FRE 402 403 | | X | |

PLAINTIFFS' TRIAL EXHIBIT LIST (Cause No. C09-0285 TSZ) – 10

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

| No. | Description | Objection | Stipulate Admissibility | Stipulate Authenticity, Not admissibility | Dispute Authenticity & Admissibility |
|---|---|---|---|---|---|
| 68. | Postger of Jimi Hendrix Amsterdam Hotel Poster sold by VSI online [HH-003 on the catalog | FRE 402 403 | | X | |
| 69. | Jimi Hendrix UV Poster sold by VSI online [HH-002 on the catalog] | FRE 402 403 | | X | |
| 70. | Postcard of Electric Hendrix Licensing | FRE 901 402 403 | | X | |
| 71. | Hendrix Electric Licensing, *Licensing and Merchandise Program* [AP00285 - 91] | FRE 901 402 403 | | X | |
| 72. | 05/08/2007 Email Harvey to Pitsicalis and Dieffenback [SER00056646] | FRE 901 402 403 801 802 | | X | |
| 73. | 01/05/2007 Email Addison to Pitsicalis re online merchandise sale [SER00025242 ] | FRE 901 402 403 801 802 | | X | |
| 74. | 01/12/2009 Screen shot ArtSelect.com | FRE 402 403 | | X | |
| 75. | 2009 Screen shot, Jimi Hendrix "Bandana" poster, receipt relating to art.com | FRE 402 403 | | X | |
| 76. | 2009 Screen shot of web pages and packing list relating to AllPosters.com | FRE 402 403 | | X | |
| 77. | 2009 Screen shot of web pages re GetDownArt.com | FRE 402 403 | | X | |
| 78. | 01/14/2009 Photographs of dartboard set and receipt purchased from Spencer Gifts | FRE 402 403 | | X | |
| 79. | 12/02/2008 Photographs and receipt for purchase of lamp and motion art purchased from Spencer Gifts | FRE 402 403 | | X | |
| 80. | 09/25/2008 – 10/08/2008 Email thread from Sokoloff to Sen [PIT/ ART 00207 - 210] | FRE 402 403 | | X | |

PLAINTIFFS' TRIAL EXHIBIT LIST (Cause No. C09-0285 TSZ) – 11

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

| No. | Description | Objection | Stipulate Admissibility | Stipulate Authenticity, Not admissibility | Dispute Authenticity & Admissibility |
|---|---|---|---|---|---|
| 81. | 09/26/2008 Email thread between Sen to Pitsicalis, and Donofrio [PIT/ART 00247 - 48] | FRE 402 403 | | X | |
| 82. | 11/10/2009 JC Penny receipt and newspaper ad | FRE 402 403 | | X | |
| 83. | Screen shots from various websites selling infringing posters [EH-AH 90008 - 49] | FRE 901 402 403 | | X | |
| 84. | Photos of Experience Hendrix album covers [EH-AH 900115-119] | FRE 402 403 | | X | |
| 85. | Experience Hendrix 2010 Q1 Quarterly Marketing & Press Summary, [EH 3001-3852] | FRE 402 403 | | X | |
| 86. | 11/09/2006 Email from A. Pitsicalis to Manhattan Perry [AP Deposition 533] | FRE 901 402 403 801 802 | | X | |
| 87. | Experience Hendrix licensed T-shirts | FRE 402 403 | | X | |
| 88. | Experience Hendrix licensed sweatshirt | FRE 402 403 | | X | |
| 89. | Experience Hendrix licensed lamp with signature and logo | FRE 402 403 | | X | |
| 90. | Experience Hendrix licensed Dunlop Authentic Hendrix guitar picks | FRE 402 403 | | X | |
| 91. | Experience Hendrix licensed Jimi Hendrix tumbler glass with signature | FRE 402 403 | | X | |
| 92. | Experience Hendrix licensed Jimi Hendrix signature bag | FRE 402 403 | | X | |
| 93. | Experience Hendrix licensed Jimi Hendrix belt buckle with "Live at Berkley" artwork | FRE 402 403 | | X | |
| 94. | Experience Hendrix licensed Jimi Hendrix coasters with album artwork and Jimi Hendrix signature | FRE 402 403 | | X | |
| 95. | Experience Hendrix licensed Digitec guitar pedal with signature artwork | FRE 402 403 | | X | |

PLAINTIFFS' TRIAL EXHIBIT LIST (Cause No. C09-0285 TSZ) – 12

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

| No. | Description | Objection | Stipulate Admissibility | Stipulate Authenticity, Not admissibility | Dispute Authenticity & Admissibility |
|---|---|---|---|---|---|
| 96. | Experience Hendrix licensed Jimi Hendrix concert poster canvas artwork | FRE 402 403 | | X | |
| 97. | Experience Hendrix licensed Jimi Hendrix light box with signature | FRE 402 403 | | X | |
| 98. | Exemplar Defendants' "black light" poster containing infringing "Jimi Hendrix" signature and business name | | X | | |
| 99. | Exemplar Guistar guitar picks licensed by Defendants | FRE 402 403 | | X | |
| 100. | Defendants' licensed T-shirts | | X | | |
| 101. | Defendants' hand bag containing "Jimi Hendrix" signature | FRE 402 403 | | X | |
| 102. | Exemplar Experience Hendrix licensed posters | FRE 402 403 | | X | |
| 103. | Reserved | | | | |
| 104. | Reserved | | | | |
| 105. | Reserved | | | | |
| 106. | Reserved | | | | |
| 107. | Reserved | | | | |
| 108. | Reserved | | | | |

PLAINTIFFS' TRIAL EXHIBIT LIST (Cause No. C09-0285 TSZ) – 13

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273