THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| EXPERIENCE HENDRIX, L.L.C, a Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>HENDRIXLICENSING.COM, LTD, dba HENDRIX ARTWORK and HENDRIXARTWORK.COM, a Nevada Corporation, and ANDREW PITSICALIS and CHRISTINE RUTH FLAHERTY, husband and wife,<br><br>Defendants. | No. C09-0285 TSZ<br><br>PLAINTIFFS' PAGE & LINE DESIGNATIONS OF PRIOR TESTIMONIES |
|---|---|

Plaintiffs Experience Hendrix, L.L.C. and Authentic Hendrix, LLC ("Experience Hendrix") hereby submit their page and line designations for use at trial:

| Deponent | Date of Deposition | Designations |
|---|---|---|
| Amrita Sen | December 11, 2009 | Cover Page<br>7:14–8:24<br>13:20–14:10<br>16:10–17:14 |

PLAINTIFFS' PAGE & LINE DESIGNATIONS
(Cause No. C09-0285 TSZ) – 1

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

| Deponent | Date of Deposition | Designations |
|---|---|---|
| Amrita Sen (Continued) | December 11, 2009 | (Continued) 19:9–20:3 26:10–27:11 34:9–22 35:25–36:13 36:21–37:5 37:14–38:3 39:13–40:2 41:5–42:16 44:9–19 51:7–53:5 62:22–64:23 81:4–82:8 92:19–93:15 94:20–96:6 104:12–105:20 106:23–107:13 109:17–110:16 120:7–15 |
| Brandon M. Donofrio | January 6, 2010 | Cover Page 7:6–8 7:12–9:3 16:6–24 20:2–12 12:4–13:1 27:8–23 30:12–25 31:12–16 32:16–18 38:21–39:19 40:21–42:22 49:16–21 50:19–51:25 55:18–56:4 61:9–64:18 72:9–73:11 78:5–10 79:11–20 |

PLAINTIFFS' PAGE & LINE DESIGNATIONS
(Cause No. C09-0285 TSZ) – 2

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

| Deponent | Date of Deposition | Designations |
|---|---|---|
| Brandon M. Donofrio (continued) | January 6, 2010 (continued) | (Continued) 94:14–95:9 100:24–101:12 101:25–102:14 |

DATED this 28th day of April, 2011.

By *s/ Alfred E. Donohue*
John D. Wilson, Jr., WSBA No. 4828
Alfred E. Donohue, WSBA No. 32774
WILSON SMITH COCHRAN DICKERSON
1215 4th Avenue, Suite 1700
Seattle, WA 98161
(206) 623-4100 phone
(206) 623-9273 fax
wilson@wscd.com

Karen Wetherell Davis, WSBA No. 21195
William A. Drew, WSBA No. 38697
ELLIOTT, OSTRANDER, & PRESTON, PC
707 SW Washington St., Suite 1500
Portland, OR 97205
(206) 325-1244 / (503) 224-7112
(503) 224-7819 facsimile
karen@eoplaw.com

Attorneys for Plaintiffs

PLAINTIFFS' PAGE & LINE DESIGNATIONS
(Cause No. C09-0285 TSZ) – 3

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties below.

Thomas T. Osinski
OSINSKI LAW
535 Dock St., Suite 108
Tacoma, WA 98402
tto@osinskilaw.com

David Martin
Timothy Shea
LEE SMART, COOK, MARTIN & PATTERSON P.S.
701 Pike Street, Suite 1800
Seattle, WA 98101-3927
dlm@leesmart.com
tds@leesmart.com

<u>s/ Alfred E. Donohue</u>
Alfred E. Dohonue WSBA No. 32774
WILSON SMITH COCHRAN DICKERSON
1215 – 4th Ave., Suite 1700
Seattle, WA 98161
(206) 623-4100 telephone
(206) 623-9273 fax
donohue@wscd.com

Attorney for Plaintiffs

PLAINTIFFS' PAGE & LINE DESIGNATIONS
(Cause No. C09-0285 TSZ) – 4

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273