THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **EXPERIENCE HENDRIX, LLC**, a Washington Limited Liability Company, and **AUTHENTIC HENDRIX, LLC**, a Washington Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>**HENDRIXLICENSING.COM, LTD** dba **HENDRIX ARTWORK** and **HENDRIXARTWORK.COM**, a Nevada Corporation, and **ANDREW PITSICALIS** and **CHRISTINE RUTH FLAHERTY**, husband and wife,<br><br>Defendants. | No. C-09-0285 TSZ<br><br>**DEFENDANTS' OBJECTIONS TO PROPOSED JURY INSTRUCTIONS** |

COMES NOW Defendants Pitsicalis et al (hereafter "Pitsicalis") to offer their objections to the proposed jury instructions.

Pitsicalis only raises one possible issue with the Court's proposed jury instructions and verdict form; namely, they appear to make no inquiry as to the jury's finding of various theories of damages being applicable to Defendant Andrew Pitsicalis personally, the Defendant corporation, or some combination thereof. If it is the Court's opinion that this is a question of law for the Court post any verdict, as opposed to a question of fact for the jury, then the objection is withdrawn.

DEFENDANTS' OBJECTIONS TO PROPOSED JURY INSTRUCTIONS- 1 of 1

**Osinski Law Offices, P.L.L.C.**
535 Dock St. Suite 108, Tacoma, Washington 98402
Tel (253) 383-4433 | Fax (253) 572-2223 | tto@osinskilaw.com

SUBMITTED this 2nd day of May, 2011.

                                         OSINSKI LAW OFFICES, P.L.L.C.

                                         By   /s/ Thomas T. Osinski Jr

                                               Thomas T. Osinski Jr., Esq.
                                               Attorney for Defendants
                                               WSBA #34154

                                               Osinski Law Offices PLLC
                                             535 Dock Street, Suite 108
                                             Tacoma WA  98402
                                             Tel:        253.383.4433
                                             Fax:       253.572.2223
                                             Email:    tto@osinskilaw.com

DEFENDANTS' OBJECTIONS TO PROPOSED JURY INSTRUCTIONS- 2 of 2

**Osinski Law Offices, P.L.L.C.**
535 Dock St. Suite 108, Tacoma, Washington 98402
Tel (253) 383-4433 | Fax (253) 572-2223 | tto@osinskilaw.com