**09-CV-00285-APPL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EXPERIENCE HENDREX, LLC, a Washington Limited Liability company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>HENDRIXLICENSING.COM, LTD, dba HENDRIX ARTWORK AND HENDRIXARTWORK.COM, a Nevada Corporation, and ANDREW PITSICALIS and CHRISTINE RUTH FLAHERTY, husband and wife,<br><br>Defendant. | CASE NO. C09-0285Z<br><br>PEREMPTORY CHALLENGES (CIVIL ACTION)<br><br>_____ FILED _____ ENTERED<br>_____ LODGED _____ RECEIVED<br><br>MAY 04 2011<br><br>AT SEATTLE<br>CLERK U.S. DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>                                              DEPUTY |

Plaintiff:
1. Juror 1 - Murphy
2. Juror 11 - Shanholtzer
3. [signature]

[signature]
SIGNATURE OF COUNSEL FOR PLAINTIFF

Defendant:
1. _____
2. _____
3. _____

_____
SIGNATURE OF COUNSEL FOR DEFENDANT

PEREMPTORY CHALLENGES- 1