———FILED     ———ENTERED
———LODGED    ———RECEIVED

MAY - 9 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                                  DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EXPERIENCE HENDRIX, L.L.C., et al.,

Plaintiffs,

v.

HENDRIXLICENSING.COM, LTD, et al.,

Defendants.

C09-285Z

VERDICT

We, the jury, answer the following questions submitted by the Court:

Question No. 1

What amount of damages, if any, do you award to plaintiffs on their first claim of trademark infringement?

Answer:

Actual Damages                                $ 306,650

Defendants' Profits Attributable
to Infringement                               $ 60,000

09-CV-00285-DOCTRM

VERDICT - 1

Question No. 2

Do you find for plaintiffs on their second claim for violation of Washington's Consumer Protection Act?

Answer:

Yes  X          No _____

If your answer to Question No. 2 is "Yes," please proceed to Question No. 3. If your answer to Question No. 2 is "No," please sign and date the Verdict form.

Question No. 3

What amount of damages, if any, do you award to plaintiffs on their second claim for violation of Washington's Consumer Protection Act?

Answer:

Actual Damages

    Injury to Reputation     $ 750,000

    Injury to Goodwill     $ 300,000

    Lost Profits     $ 306,650

DATED this  9  day of  MAY , 2011.

_____
PRESIDING JUROR

VERDICT - 2