# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

EXPERIENCE HENDRIX, L.L.C., et al.

v.

HENDRIXLICENSING.COM, LTD, et al.

CASE NUMBER: C09-285Z

__X__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**. This action came on for consideration before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' motion for judgment as a matter of law and alternative motion for a new trial, docket no. 152, are GRANTED and CONDITIONALLY GRANTED, respectively;

Plaintiffs' motion for treble damages, docket no. 147, is DENIED, and plaintiffs' motion for attorney fees, docket no. 147, is DENIED in part and GRANTED in part; and

Judgment is entered in favor of plaintiffs Experience Hendrix, L.L.C. and Authentic Hendrix, LLC, against defendants HendrixLicensing.com, LTD and Andrew Pitsicalis, in the amount of $60,000, representing defendants' profits attributable to infringement, plus $50,000, constituting reasonable attorney fees awarded under RCW 19.86.090, for a total award of $110,000, together with costs under 28 U.S.C. § 1920, to be taxed in accordance with Local Rule CR 54(d), and interest at the rate allowed under 28 U.S.C. § 1961, to run from the date of judgment until paid in full.

|  |  |
|---|---|
| September 21, 2011 | WILLIAM M. McCOOL |
|  | Clerk |
|  | By   /s/ Claudia Hawney |
|  | Deputy Clerk |