THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
No. C09-0285 TSZ

| | |
|---|---|
| EXPERIENCE HENDRIX, L.L.C., a Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>HENDRIXLICENSING.COM, LTD, dba HENDRIX ARTWORK and HENDRIXARTWORK.COM, a Nevada Corporation, and ANDREW PITSICALIS and CHRISTINE RUTH FLAHERTY, husband and wife,<br><br>Defendants. | No. C09-0285 TSZ<br><br>AMENDED NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS |

Notice is herby given that Plaintiffs Experience Hendrix, L.L.C. and Authentic Hendrix, LLC in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order granting Defendants' Motion for Judgment as a matter of law and alternative Motion for a New Trial, entered on September 21, 2011 [ DKT #160], the

NOTICE OF APPEAL TO THE NINTH
CIRCUIT COUR OF APPEALS (Cause No.
C09-0285 TSZ) – 1

July 30, 2009 Minute Order Denying Plaintiffs' Motion to Dismiss [DKT #30], the December 29, 2010 Order on Cross Motions for Summary Judgment [DKT #102], the February 8, 2011 Order on defendants' motion for partial summary judgment [DKT #105], the September 21, 2011 order denying Plaintiffs' motion for Treble Damages and the order denying in part of Plaintiffs' motion for Attorneys fess and costs [DKT #160], the judgment entered in this action on September 21, 2011 [DKT #161], and the Permanent Injunction entered on September 21, 2011 [DKT #162].

Dated this 20th day of October, 2011.

> By s/ *John D. Wilson, Jr.*
> John D. Wilson, Jr., WSBA No. 4828
> David M. Jacobi, WSBA No. 13524
> Alfred E. Donohue, WSBA No. 32774
> WILSON SMITH COCHRAN DICKERSON
> 901 – 5th Avenue, Suite 1700
> Seattle, WA 98161
> (206) 623-4100 phone
> (206) 623-9273 fax
> wilson@wscd.com

NOTICE OF APPEAL TO THE NINTH CIRCUIT COUR OF APPEALS (Cause No. C09-0285 TSZ) – 2

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WA 98161
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

## REPRESENTATION STATEMENT

<u>For Plaintiffs Experience Hendrix, L.L.C. and Authentic Hendrix, LLC:</u>

    John D. Wilson, Jr.
    David M. Jacobi
    Alfred E. Donohue
    WILSON SMITH COCHRAN DICKERSON
    1215 4th Ave., Suite 1700
    Seattle, WA 98161
    (206) 623-4100
    Fax: (206) 623-9273
    wilson@wscd.com
    jacobi@wscd.com
    donohue@wscd.com

    Karen Wetherell Davis
    William A. Drew
    ELLIOTT, OSTRANDER & PRESTON, P.C.
    707 East Harrison Street
    Seattle, WA 98102
    (206) 325-2171
    Fax: (206) 325-3269
    karen@eoplaw.com
    billd@eplaw.com

    Michael Madden
    BENNETT BIGELOW & LEEDOM
    1700 7TH Ave, Suite 1900
    Seattle, WA 98101
    (206) 622-5511
    Fax: (206) 622-8986
    mmadden@bbllaw.com

<u>For Defendants Andrew Pitsicalis, Christine R. Flaherty HendrixLicensing.com Ltd</u>

    Thomas T. Osinski
    OSINSKI LAW
    535 Dock St., Suite 108
    Tacoma, WA 98402
    tto@osinskilaw.com

NOTICE OF APPEAL TO THE NINTH CIRCUIT COUR OF APPEALS (Cause No. C09-0285 TSZ) – 3

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WA 98161
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties below.

Thomas T. Osinski
OSINSKI LAW
535 Dock St., Suite 108
Tacoma, WA 98402
tto@osinskilaw.com

s/ John D, Wilson, Jr.
John D. Wilson, Jr. WSBA No. 4828
WILSON SMITH COCHRAN DICKERSON
901 – Fifth Avenue, Suite 1700
Seattle, WA 98161
(206) 623-4100 telephone
(206) 623-9273 fax
wilson@wscd.com

Attorney for Plaintiffs

NOTICE OF APPEAL TO THE NINTH
CIRCUIT COUR OF APPEALS (Cause No.
C09-0285 TSZ) – 4

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WA 98161
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273