UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EXPERIENCE HENDRIX, L.L.C., et al.,

               Plaintiffs,

  v.

HENDRIXLICENSING.COM, LTD, et al.,

               Defendants.

C09-285 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiffs' motion for entry of judgment, docket no. 215, is treated as a motion to reopen this case and is DENIED without prejudice. Pursuant to the parties' Settlement Agreement, in the event of defendant Andrew Pitsicalis's default in timely making payments, plaintiffs are authorized to seek entry of a stipulated final judgment in the form attached as Exhibit B to the Settlement Agreement, which sets forth as the judgment amount "five hundred fifty thousand dollars ($550,000), less the amount of any principal payments that have already been paid." <u>See</u> Ex. B to Ex. A to Stickney Decl. (docket no. 216-1). Plaintiffs move for entry of a judgment in the amount of $505,000, based on their assertion that defendants have paid only $49,500, and not $67,500, as indicated by defendants, <u>see</u> Pitsicalis Decl. (docket no. 218). The Court declines to enter the form of judgment, docket no. 215-1, submitted with plaintiffs' motion.

    (2)    In connection with their motion, plaintiffs filed as Exhibit C to the Declaration of Scott M. Stickney, docket no. 216-3, copies of various checks made payable to Experience Hendrix LLC, drawn on accounts held by defendants or related entities or by their attorney. Such exhibit was not appropriately redacted pursuant to

MINUTE ORDER - 1

Local Civil Rule 5.2(a)(4), and upon discovering counsel's filing error, the Court sealed the exhibit. The parties are advised that, during the interim, the exhibit might have been uploaded by private websites unrelated to and outside the control of the Court, and might now be available to the public for a fee. *See* www.pacermonitor.com; www.law360.com. Defendants and their counsel are encouraged to take appropriate steps to secure their bank accounts. Plaintiffs' counsel is reminded of his obligation to treat financial account numbers and other personal data identifiers with utmost care to avoid the risk of identity theft and misappropriation of funds.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of June, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk
